# EXHIBIT LIST

| | |
|---|---|
| Exhibit 1 | Unsworn Declaration of George Dale Wigington |
| Exhibit 2 | Payment Detail |
| Exhibit 3 | Documentation of Payments Not Credited |
| Exhibit 4 | Unauthorized Fee Detail |
| Exhibit 5 | False/Misleading Statements in Monthly Mortgage Statements |
| Exhibit 6 | Proof of Claim 4 Case 18-42230 |
| Exhibit 7 | Proof of Claim 28 Case 11-41092 |
| Exhibit 8 | Confirmed Chapter 11 Plan Case 11-41092 |
| Exhibit 9 | Citimortgage Chapter 11 ballot (accepting) |
| Exhibit 10 | Operating Projections/Amended J (showing mortgage payments "in plan") |
| Exhibit 11 | Notice of Plan Completion |
| Exhibit 12 | Post-Confirmation Report |
| Exhibit 13 | Notice of Intent to Issue Discharge 11-41092 |
| Exhibit 14 | Order of Discharge Case 11-41092 |
| Exhibit 15 | Request for Service of Notices Case 11-41092 |
| Exhibit 16 | Assignment of Deed of Trust to Nationstar |
| Exhibit 17 | Assignment of Deed of Trust to Select Portfolio |
| Exhibit 18 | Select Portfolio Notice of Transfer of Claim |
| Exhibit 19 | Nationstar Notice of Servicing Transfer |
| Exhibit 20 | Nationstar Notice of Bankruptcy |
| Exhibit 21 | Nationstar First Mod Solicitation 745 |
| Exhibit 22 | Nationstar Mitigation Options |
| Exhibit 23 | Nationstar Notice of Default |
| Exhibit 24 | Notice of Default Tracking Detail |
| Exhibit 25 | Nationstar Dedicated Loan Specialist |
| Exhibit 26 | Nationstar Second Mod Solicitation 745 |
| Exhibit 27 | Trial Offer |
| Exhibit 28 | NY Supplemental Disclosure |
| Exhibit 29 | First Payoff Notice |
| Exhibit 30 | Payoff Statement Explanation |
| Exhibit 31 | First Notice of Sale |
| Exhibit 32 | First Posted Notice of Sale |
| Exhibit 33 | Second Notice of Sale |
| Exhibit 34 | Appointment of Substitute Trustee |
| Exhibit 35 | Second Posted Notice of Sale |
| Exhibit 36 | Emails with Lewis Re: Current |
| Exhibit 37 | Emails from Mr. Cooper |
| Exhibit 38 | Validation Notice |
| Exhibit 39 | Third Notice of Sale |
| Exhibit 40 | Third Posted Notice of sale |
| Exhibit 41 | Payoff Statement 2 |
| Exhibit 42 | NOT USED |
| Exhibit 43 | Select Portfolio Notice of Servicing Transfer |
| Exhibit 44 | Select Portfolio Automatic Payments Not Set Up 09.27.2019 |

# EXHIBIT LIST

| | |
|---|---|
| Exhibit 45 | Select Portfolio Information About Lien 10/10/2019 |
| Exhibit 46 | Select Portfolio Notice to Change Insurance 10/15/2019 |
| Exhibit 47 | Select Portfolio Information About Lien 10.16.2019 |
| Exhibit 48 | Select Portfolio Modification Offer 10.16.2019 |
| Exhibit 49 | Select Portfolio Withdrawal of Loss Mitigation Assistance 10.23.2019 |
| Exhibit 50 | Select Portfolio Payoff Statement |
| Exhibit 51 | Select Portfolio Mortgage Statement 10/14/2019 |
| Exhibit 52 | Select Portfolio Mortgage Statement 11/15/2019 |
| Exhibit 53 | Plaintiff's Response to Interrogatories |
| Exhibit 54 | Plaintiff's Response to Request for Admissions |
| Exhibit 55 | Nationstar's Second Amended Response to Requests for Admissions |
| Exhibit 56 | Loan Paid Off Notice |
| Exhibit 57 | Credit Reporting - Malicious Reporting |
| Exhibit 58 | Credit Reporting - Refusal to Remove Discharged Account |
| Exhibit 59 | Transcript Wigington Durham Phone Conference 05.07.2018 |
| Exhibit 60 | Emails with Linden |
| Exhibit 61 | No Access to Nationstar Online Account |
| Exhibit 62 | Nationstar Pre-Discharge Mortgage Statements Feb, Mar, Apr, May, June, July, Aug, Sep, Oc |
| Exhibit 63 | Nationstar Post-Discharge Mortgage Statement Feb, Mar, Apr, May 2018 |
| Exhibit 64 | Nationstar Post-Discharge Mortgage Statement 6/19/2018 |
| Exhibit 65 | Citimortgage Mortgage Statements (balances in excess of amount of allowed claim) (Apr, M |
| Exhibit 66 | Citimortgage Mortgage Statements (unauthorized fees)(Jan, Feb 2014) |
| Exhibit 67 | First Mortgage Payment Under Plan 04.05.2011 |
| Exhibit 68 | Mitchell New Address |
| Exhibit 69 | Citimortgage EFT Payments Course of Dealing |
| Exhibit 70 | Trustee Payments |
| Exhibit 71 | CFPB 45 Day Solicitation Ltr 08.01.2018 |
| Exhibit 72 | Pre-Approved Modification 08.13.2018 |
| Exhibit 73 | CFPB 45 Day Solicitation Ltr 11.19.2018 |
| Exhibit 74 | Post-Discharge SCRA letters |
| Exhibit 75 | Escrow Analysis 01.30.2017 |
| Exhibit 76 | Auction.com posting |
| Exhibit 77 | Select Portfolio Payoff Statement 12.02.2019 |
| Exhibit 78 | Select Portfolio Online Account Information |
| Exhibit 79 | Nationstar Suit FC Referral Services |
| Exhibit 80 | SPOC Change Assignment Letter 8.08.2018 |
| Exhibit 81 | SPOC Change Assignment Letter 10.11.2018 |
| Exhibit 82 | Appointment of Substitute Trustee |
| Exhibit 83 | Amended Second Motion for Summary Judgment |
| Exhibit 84 | Notice of Hearings |
| Exhibit 85 | Select Portfolio Mortgage Statement 12/13/2019 |
| Exhibit 86 | Production Transaction History |
| Exhibit 87 | Clarification of Argument |

EXHIBIT LIST