Re: 2nd Request to Withdraw/Amend False Certifications

**EXHIBIT 60**

**From:** Dale Wigington <dalewig10@verizon.net>
**To:** klinden <klinden@rascrane.com>
**Cc:** lojha <lojha@rascrane.com>
**Subject:** Re: 2nd Request to Withdraw/Amend False Certifications
**Date:** Thu, Mar 14, 2019 11:41 am
**Attachments:** DOC 440 DISCHARGE.pdf (40K), DOC 177 Amended Schedules - Mortgage In Plan.pdf (147K), DOC 335 PLAN BALLOTS Citimortgage Ballot.pdf (202K), DOC 337 Amended Operating Projections.pdf (762K), DOC 431 Post-Confirmation Reports.pdf (339K), DOC 441 Request for Notices.pdf (122K), 2017.02.04 Letter to Mitchell.pdf (335K)

---

Good Morning,

TOPIC 1

I'm not sure whether the hearing will be continued at this point or not.

The major issue is concerning your claim. I contend that your claim should be disallowed because it was discharged in bankruptcy, discharged by payment, waived, released and satisfied under the Chapter 11 plan in my previous bankruptcy filing (Case 11-41092). My understanding of your contentions is that there is over $150,000 remaining due on the note and that myself, my wife, and the property are liable for that debt.

My treatment of your claim in the filed plan is what I believe the statistical value of your claim based on my perceived probability of the odds I win, you win, or something in between. It is not treatment of your arrears.

The trustee agrees that the figures in the plan are not binding, but instead will be "finalized" through the claim process and the litigation of the objection to your claim that I am trying to finish up.
I'm almost certain that the trustee also--at least preliminarily--that the plan is feasible in either case.

Still, the trustee has expressed concerns over confirming the plan prior to the court resolving it. I'm attempting to identify and address those concerns because I believe the claims objection process is going to require a substantial amount of discovery and it might be more convenient to get the confirmation hearing out of the way.

TOPIC 2

I will answer your question regarding primary residence immediately after you tell me whether or not you are aware of the attached documents.

Respectfully,

Dale Wigington
(469) 235-1482

CONFIDENTIALITY NOTICE: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient, you may not review, copy or distribute this message. If you have received this email in error, please notify the sender immediately and delete the original message. Neither the sender nor the company for which he or she works accepts any liability for any damage caused by any virus transmitted by this email.

-----Original Message-----
From: Kim Linden <klinden@rascrane.com>
To: 'Dale Wigington' <dalewig10@verizon.net>
Cc: Lauren Ojha <lojha@rascrane.com>
Sent: Tue, Mar 12, 2019 7:05 pm
Subject: RE: 2nd Request to Withdraw/Amend False Certifications

Mr. Wigington,

Is this your primary residence? Also, are you preparing to proceed with confirmation 03/20/2019 without modifying your plan to address the Trustee's pending objections?

**Kim Moses Linden**
**Counsel, RAS Crane LLC**

1900 Enchanted Way, Suite 125
Grapevine, TX 76051
Phone: (817) 873-3080 ext. 104
klinden@rascrane.com

RAS CRANE

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by RAS Crane LLC for damage arising in any way from its use.

**From:** Dale Wigington [mailto:dalewig10@verizon.net]
**Sent:** Tuesday, March 12, 2019 4:30 PM
**To:** Kim Linden <klinden@rascrane.com>
**Subject:** Re: 2nd Request to Withdraw/Amend False Certifications

My apologies. Thank you for your attention.

Respectfully,

Dale Wigington
(469) 235-1482

CONFIDENTIALITY NOTICE: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient, you may not review, copy or distribute this message. If you have received this email in error, please notify the sender immediately and delete the original message. Neither the sender nor the company for which he or she works accepts any liability for any damage caused by any virus transmitted by this email.

-----Original Message-----
From: Kim Linden <klinden@rascrane.com>
To: 'Dale Wigington' <dalewig10@verizon.net>; Lauren Ojha <lojha@rascrane.com>
Sent: Tue, Mar 12, 2019 3:16 pm
Subject: RE: 2nd Request to Withdraw/Amend False Certifications

Mr Wigington,

I am reviewing you inquiry below. Please be advise there are no attachments to the below correspondence.

**Kim Moses Linden**
**Counsel, RAS Crane LLC**
1900 Enchanted Way, Suite 125
Grapevine, TX 76051
Phone: (817) 873-3080 ext. 104
klinden@rascrane.com

RAS CRANE

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or

Re: 2nd Request to Withdraw/Amend False Certifications

any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by RAS Crane LLC for damage arising in any way from its use.

**From:** Dale Wigington [mailto:dalewig10@verizon.net]
**Sent:** Tuesday, March 12, 2019 3:20 PM
**To:** Kim Linden <klinden@rascrane.com>; Lauren Ojha <lojha@rascrane.com>
**Subject:** 2nd Request to Withdraw/Amend False Certifications

Good afternoon,

I am writing once again to ask that you withdraw or amend the false certifications that you made to the court in Nationstar's Motion for Relief from Automatic Stay. I've attached partial copies of the notices that I received.

The notices I received contained a file stamped copy of the motion. The file-stamp was not applied to the motion until 14:52:32 on February 19, 2019. This makes it impossible for you to have mailed the notices on February 18, 2019 as stated in your certification.

It also appears that you mailed all notices for all parties to my address.

I said I was going to file at noon today, but I am very slow at drafting motions so you still have the opportunity to amend before I file. I think I will have it done late tonight.

I do intend to file a motion for sanctions if you do not amend or withdraw the certifications or join a motion to vacate the order. The original error may be a mistake, but failing to correct it is, in my opinion, a willing deception of the court.

Respectfully,

Dale Wigington
(469) 235-1482

P.S. Please do not take this as a threat. I do intend to take these actions, but I am sending these notices to permit you to do the right thing. I would want someone to give me such a chance if I ever make the same mistake. But then again, I've just recently become licensed and assume the court will think it is a big deal; but maybe false certifications like these are just normal business.

CONFIDENTIALITY NOTICE: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient, you may not review, copy or distribute this message. If you have received this email in error, please notify the sender immediately and delete the original message. Neither the sender nor the company for which he or she works accepts any liability for any damage caused by any virus transmitted by this email.

**EXHIBIT 61**

Free Credit Scores & Cre | Please Call Us

Secure | https://www.mrcooper.com/please_call_us

Apps | Inbox | Facebook | DRUDGE | TAMU Law | eCampus | Firm Central | lawschool.westlaw | Law Online | LexisNexis | Reuters | AOL Mail | Texas Board of Law E | Folio | My Account | CALI | Other bookmarks

mr. cooper

LOANS
CALCULATORS
REFINANCE
BUY
SUPPORT

APPLY | CONTACT | SIGN IN / REGISTER

Recently Transferred?

# ONLINE ACCOUNT UNAVAILABLE

## HMM...



Because you are involved in an active bankruptcy, we are unable to display your account online. Please call us or have your attorney call us at 888-480-2432 as soon as possible. Our bankruptcy specialists will help you access your account information.

ABOUT US
CAREERS
SHAREHOLDER RELATIONS
PRESS
CONTACT US

BROKER & AGENT SERVICES
CORRESPONDENT
MASTER SERVICING
CUSTOMER TESTIMONIALS
SITEMAP

TERMS OF USE
PRIVACY
LICENSING INFORMATION
COMPLAINTS
CA, WA & NV RESIDENTS

mr. cooper

©2017 Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC.
NMLS: #2119 NMLS Consumer Access (www.nmlsconsumeraccess.org).

CUSTOMER SERVICE
888-480-2432

Type here to search

11:17 PM
11/7/2017

Nationstar MORTGAGE

RETURN SERVICE ONLY. PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

MORTGAGE LOAN STATEMENT

**CONTACT INFORMATION**

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

**EXHIBIT 62**

7-692-86794-0000005-001-1-000-001-000-000

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

| | |
|---|---|
| Statement Date: | 02/24/2017 |
| Loan Number: | 0631326303 |
| Payment Due Date: | 03/01/2017 |
| **Amount Due:** | **$6,583.73** |

*If payment is received on or after 03/17/17; $71.28 late fee will be charged.*

Property Address:
2451 ELM GROVE RD
WYLIE TX 75098

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $113,195.77 |
| Interest Rate | 5.000% |
| Escrow Balance | $1,169.51 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

## Explanation of Amount Due

| | |
|---|---|
| Principal | $953.85 |
| Interest | $471.65 |
| Escrow Amount (for Taxes & Insurance) | $695.35 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$2,120.85** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $4,462.88 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Amount Due** | **$6,583.73** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

## Past Payment Breakdown

| | Payments Rec'd since 08/16/2016 | Paid Year to Date |
|---|---|---|
| Principal | $3,775.99 | $0.00 |
| Interest | $1,926.01 | $0.00 |
| Escrow (Taxes & Insurance) | $3,223.76 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$8,925.76** | **$0.00** |

## Transaction Activity (08/16/2016 to 02/24/2017)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 01/30/2017 | Disbursement-Escrow | $835.74 | | | $835.74 | |
| 12/09/2016 | Payment | $2,231.44 | $949.89 | $475.61 | $805.94 | |
| 12/05/2016 | Disbursement-School Tax | $3,135.93 | | | $3,135.93 | |
| 12/05/2016 | Disbursement-School Tax | $874.98 | | | $874.98 | |
| 12/05/2016 | Disbursement-County Tax | $1,255.92 | | | $1,255.92 | |

## Important Messages (See Reverse side for Additional Critical Notices)

***If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and alter your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.***

**NATIONSTAR IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE CURRENTLY IN BANKRUPTCY OR HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY TO THE EXTENT THAT IT IS INCLUDED IN YOUR BANKRUPTCY OR HAS BEEN DISCHARGED, BUT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.**

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

Nationstar MORTGAGE MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0631326303 | 03/01/2017 $6,583.73 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE*

| PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|
| 03/17/2017 $6,655.01 |

NATIONSTAR MORTGAGE
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $________
**ADDITIONAL PRINCIPAL $________

*TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH*

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 000658373 000665501

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

## SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

## LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

## HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

## NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

**Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

**Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service. Log onto MyNationstar.com.

**Automated Phone Payment** is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call **1-888-480-2432**.

**Agent Assisted Payment** is a pay-by-phone service provided by a customer service agent. Call **1-888-480-2432** and speak with an agent. There may be a fee of up to $19 for this service.

**Pay by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.**

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT.
[Calls may be monitored and/or records for quality assurance purposes]

**24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432.

**Mailing addresses** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| P.O. Box 650783<br>Dallas, TX 75265-0783 | P.O. Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd<br>Coppell, TX 75019 | P.O. Box 7729<br>Springfield, OH 45501-7729<br>Fax (800) 687-4729 | P.O. Box 961229<br>Fort Worth, TX 76161-0229<br>Fax (817) 826-1861 | P.O. Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. (i) A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

**Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## *CHANGE OF ADDRESS OR TELEPHONE NUMBER*

*Check the appropriate box:* ❑ *Mailing Address* ❑ *Telephone Number* *Loan #:* ______

*Borrower's Name:* ______ *Co-Borrower's Name:* ______

*Borrower's New Address:* ______ *Co-Borrower's New Address* ______

*Authorized Borrower Number(s):*

*Home (   )* ______ *Mobile: Yes No*

*Work (   )* ______ *Ext:* ______ *Mobile: Yes No*

*Other (   )* ______ *Mobile: Yes No*

*Signature Required:* ______

*Authorized Co-borrower Number(s):*

*Home (   )* ______ *Mobile: Yes No*

*Work (   )* ______ *Ext:* ______ *Mobile: Yes No*

*Other (   )* ______ *Mobile: Yes No*

*Signature Required:* ______

*I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.*

Nationstar MORTGAGE

P.O. BOX 6[illegible]
DALLAS, TX 75265

CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

7-692-86794-0000005-001-2-000-001-000-000

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

| | |
|---|---|
| Statement Date: | 02/24/2017 |
| Loan Number: | 0631326303 |
| Payment Due Date: | 03/01/2017 |
| **Amount Due:** | **$6,583.73** |

*If payment is received on or after 03/17/17; $71.28 late fee will be charged.*

**Transaction Activity (08/16/2016 to 02/24/2017) continued from Page 1**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 12/05/2016 | Disbursement-County Tax | $392.36 | | | $392.36 | |
| 12/02/2016 | Disbursement-Insurance | $2,685.00 | | | $2,685.00 | |
| 10/28/2016 | Payment | $2,231.44 | $945.95 | $479.55 | $805.94 | |
| 10/06/2016 | Payment | $2,231.44 | $942.03 | $483.47 | $805.94 | |
| 10/06/2016 | Adjustment-Misc Suspense | -$2,231.44 | | | | -$2,231.44 |
| 10/06/2016 | Partial Payment | $2,231.44 | | | | $2,231.44 |
| 10/06/2016 | Adjustment-Misc Suspense | -$2,231.44 | | | | -$2,231.44 |
| 10/05/2016 | Partial Payment | $2,231.44 | | | | $2,231.44 |
| 09/06/2016 | Payment | $2,231.44 | $938.12 | $487.38 | $805.94 | |
| 09/06/2016 | Adjustment-Misc Suspense | -$2,231.44 | | | | -$2,231.44 |
| 09/06/2016 | Partial Payment | $2,231.44 | | | | $2,231.44 |
| 09/06/2016 | Adjustment-Misc Suspense | -$2,231.44 | | | | -$2,231.44 |
| 09/02/2016 | Partial Payment | $2,231.44 | | | | $2,231.44 |
| 08/22/2016 | Adjustment-Escrow | $7,125.68 | | | $7,125.68 | |
| 08/22/2016 | New Loan | $116,971.76 | $116,971.76 | | | |

***We at Nationstar Mortgage would like to welcome you. Whether you just bought a new home, refinanced an existing loan or were recently transferred, we would like to take this opportunity to Thank You for allowing Nationstar Mortgage to serve your mortgage needs. You will receive this billing statement every month before each scheduled due date. Be sure to check the back of your statement for helpful hints and important information including PAYMENT OPTIONS, CONTACT INFORMATION, and our website address. An online version of the "Introducing Your New Billing Statement" brochure is located on our website at MyNationstar.com to register your account today. Should you ever have any questions with regard to your mortgage loan, visit our website address at MyNationstar.com to find the answers to frequently asked questions and for further assistance contact our Customer Service Department at 1-888-480-2432, 8am-8pm CT, Monday through Thursday, 8am-6pm CT, Friday and 8am-2pm CT, Saturday.***

***You can make your payment online at MyNationstar.com. There is no charge for this service.***

# A Guide To Your Monthly Statement

Nationstar MORTGAGE

## 3 Payment Activity

Shows the application of your last payment received.

**Last Payment Received**
The date Nationstar Mortgage received your last payment.

**Principal—Scheduled and Additional**
The amount applied towards your principal from your last payment.

**Interest and Escrow**
The amount from your last payment applied to interest and your escrow balance (if applicable).

**Optional Insurance**
Optional Insurance premiums paid (if applicable).

**Late Charges, Fees and Lender Paid Expenses**
The amount from the last payment received that was applied to late charges, fees or expenses on your loan (if applicable).

**Unapplied Funds**
The amount of the last payment received that has not been applied as a payment (if applicable).

## 4 Lender Paid Expense Summary

This section includes the Lender Paid Expenses for the mortgage property, both paid since your last statement and total, such as: Deferred Payment, Home Insurance Premium, Legal Fees, Escrow Expenses, Short Payment, Property Taxes, Property Inspections, Location Search, Title Lien Search, Prior Lien, Maintenance, Repairs, and Prior Lender Expenses.

## 5 Current and Late Payment Amount Information

**Total Amount Due**
Sum of the current amount due and the total amounts past due. This amount may not represent the total required to bring your loan contractually current.

**Payment Due If Received On or After**
Total amount due plus any additional late charges, if payment of total amount due is received on or after the date listed.

## 6 Additional Escrow and Principal Information

**Additional Escrow**
You may elect to include extra amounts to be applied to your escrow account. Please note: all current and past due amounts must be paid before additional payments into your escrow account can be made.

**Additional Principal**
You may elect to include extra amounts to be applied to your principal balance. Please note: All current and past due amounts must be paid before additional principal payments can be made.



# A Guide To Your Monthly Statement

Nationstar MORTGAGE

At Nationstar Mortgage, your business is important to us and so is your satisfaction. That's why we want to make sure you understand how to read your monthly billing statement. So please take a few minutes to acquaint yourself with the format. Each monthly statement provides a bill for your upcoming scheduled monthly payment, regardless of your account's "next due" status. If your loan reflects past due payment amounts, remittance fees will be applied to those payments first before being applied to any upcoming scheduled payment unless otherwise specified by state law. Please note that the billing statement will only reflect the information that is applicable to your mortgage loan.

If you have any questions, call us or visit us online. One of our Customer Service Representatives will be happy to help you.

**1-888-480-2432 ★ www.MyNationstar.com**

Mon-Thurs 8am to 8pm, Fri 8am to 6pm, and Sat 8am to 2pm Central


Nationstar

MORTGAGE LOAN STATEMENT

JOHN Q SAMPLE
JANE Q SAMPLE
1234 MAIN STREET

Sign up for eCorrespondence

Amount Due: $2,911.18

Pay Online Now



## 1 Statement Information

**Statement Date**
The date your statement was generated. Account activity and payments received after this date will not be reflected on this statement.

## 2 Amount Due Explanation

This section includes payment information for the scheduled billing cycle, as well as any past due amounts and charges. This includes the following:

**Principal and Interest Due**
Your next scheduled monthly principal and interest amount as stated in your original or modified note.

**Escrow Amount**
The amount which is currently due for the escrow portion of your payment.

**Total**
Your minimum monthly payment amount for this billing cycle. This includes principal, interest, optional insurance (if applicable) and escrow (if applicable).

**Past Due Payments**
This includes all minimum monthly payment amounts past due.

**Late Charge**
The amount of late charges assessed if the most recent payment was received after the grace period specified in your original note or mortgage.

**Previous Late Charge(s)**
Previously assessed and unpaid late charges.

**Return Check Fee**
Amounts charged for recently returned payments, if applicable. May also be referred to an Overdraft or Non-Sufficient Funds (NSF) fee.

**Previous Return Check Fee(s)**
Previously assessed and unpaid NSF fees.

**Lender Paid Expenses**
Amounts paid by the lender on your behalf to ensure the security of the note.

**Amount Due**
Total of all amounts and charges listed under Amount Due Explanation. This amount may not represent the total required to bring your loan contractually current.

692-3572-0115F

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Nationstar Mortgage, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource.
  If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

Nationstar
MORTGAGE

MyNationstar.com | 8950 Cypress Waters Blvd | Coppell, TX 75019

02/25/2017

• Please contact us at 888-480-2432

7-692-86794-0000005-001-3-000-001-000-000
GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

RE: Loan Number: 0631326303
Property Address:
2451 ELM GROVE RD
WYLIE, TX 75098

Dear George D Wigington and Teresa L Wigington:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due for 01/01/2017. Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due 09/01/2016: Fully paid on 09/03/2016
- Payment due 10/01/2016: Fully paid on 10/06/2016
- Payment due 11/01/2016: Fully paid on 10/26/2016
- Payment due 12/01/2016: Fully paid on 12/07/2016
- Payment due 01/01/2017: Unpaid balance of $2,231.44
- Payment due 02/01/2017: Unpaid balance of $2,231.44
- Current payment due 03/01/2017: $2,120.85

**Total: $6,583.73 due. You must pay this amount to bring your loan current.**
Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

Your loan recently transferred to Nationstar. Please see your monthly statements from your prior servicer for your 6-month payment history if the payment history above is less than 6 months.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options.* Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

**What do I need to do?**

The sooner we hear from you, the sooner we can help get your homeownership back on track. If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, please call our Customer Service Department at 888-480-2432. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*
45DLQPCSV1214

EQUAL HOUSING OPPORTUNITY

Nationstar
MORTGAGE

7-692-86794-0000005-001-4-000-001-000-000

**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Number 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

Nationstar MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

# MORTGAGE LOAN STATEMENT

## CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**
Your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

5-692-89355-0007769-001-1-000-001-000-000

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

| | |
|---|---|
| Statement Date: | 03/20/2017 |
| Loan Number: | 0631326303 |
| Payment Due Date: | 04/01/2017 |
| **Amount Due:** | **$8,886.45** |

*If payment is received on or after 04/17/17; $71.28 late fee will be charged.*

Property Address:
2451 ELM GROVE RD
WYLIE TX 75098

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $113,195.77 |
| Interest Rate | 5.000% |
| Escrow Balance | $1,169.51 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

## Explanation of Amount Due

| | |
|---|---|
| Principal | $953.85 |
| Interest | $471.65 |
| Escrow Amount (for Taxes & Insurance) | $805.94 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$2,231.44** |
| Total Fees and Charges | $71.28 |
| Overdue Payment(s) | $6,583.73 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Amount Due** | **$8,886.45** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

## Past Payment Breakdown

| | Payments Rec'd since 02/25/2017 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

Getting affordable life insurance just got easier! Nationstar Mortgage LLC has made arrangements with American National Insurance Company, a highly-respected leader in the insurance industry. Protect your family with up to $250,000 of term insurance (Subject to age limitations). There's no medical exam to take and applying is quick and easy (Your acceptance is based on your answers to a few brief health questions). Call 1.800.783.4189 weekdays from 8 AM to 5 PM CT or visit www.anicodirect.com//nm to apply. American National and Nationstar Mortgage LLC are non-affiliated third parties.

## Transaction Activity (02/25/2017 to 03/20/2017)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 03/17/2017 | Late Charge Assessed | $71.28 | | | | $71.28 |

## Important Messages (See Reverse side for Additional Critical Notices)

***"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.***

***If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and alter your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.***

NATIONSTAR IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE CURRENTLY IN BANKRUPTCY OR HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY TO THE EXTENT THAT IT IS INCLUDED IN YOUR BANKRUPTCY OR HAS BEEN DISCHARGED, BUT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

Nationstar MORTGAGE **MyNationstar.com**

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0631326303 | 04/01/2017 $8,886.45 |
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE* | PAYMENT DUE IF RECEIVED ON OR AFTER<br>04/17/2017 $8,957.73 |

NATIONSTAR MORTGAGE
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $__________

**ADDITIONAL PRINCIPAL $__________

*TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH*

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 000888645 000895773

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

## SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

## LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

## HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

## NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

**Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

**Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service. Log onto MyNationstar.com.

**Automated Phone Payment** is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call **1-888-480-2432**.

**Agent Assisted Payment** is a pay-by-phone service provided by a customer service agent. Call **1-888-480-2432** and speak with an agent. There may be a fee of up to $19 for this service.

**Pay by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.**

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT.
[Calls may be monitored and/or records for quality assurance purposes]

**24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432.

**Mailing addresses** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| P.O. Box 650783<br>Dallas, TX 75265-0783 | P.O. Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd<br>Coppell, TX 75019 | P.O. Box 7729<br>Springfield, OH 45501-7729<br>Fax (800) 687-4729 | P.O. Box 961229<br>Fort Worth, TX 76161-0229<br>Fax (817) 826-1861 | P.O. Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. (i) A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

**Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## *CHANGE OF ADDRESS OR TELEPHONE NUMBER*

*Check the appropriate box:* ❑ *Mailing Address* ❑ *Telephone Number* *Loan #:* ________

*Borrower's Name:* ________ *Co-Borrower's Name:* ________

*Borrower's New Address:* ________ *Co-Borrower's New Address* ________

*Authorized Borrower Number(s):*

*Home* ( ) ________ *Mobile: Yes No*

*Work* ( ) ________ *Ext:* ____ *Mobile: Yes No*

*Other* ( ) ________ *Mobile: Yes No*

*Signature Required:* ________

*Authorized Co-borrower Number(s):*

*Home* ( ) ________ *Mobile: Yes No*

*Work* ( ) ________ *Ext:* ____ *Mobile: Yes No*

*Other* ( ) ________ *Mobile: Yes No*

*Signature Required:* ________

*I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.*

Nationstar MORTGAGE

P.O. BOX [illegible]
DALLAS, TX 75265

MORTGAGE LOAN STATEMENT Page 2

CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

Your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

5-692-89355-0007769-001-2-000-001-000-000

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

| | |
|---|---|
| Statement Date: | 03/20/2017 |
| Loan Number: | 0631326303 |
| Payment Due Date: | 04/01/2017 |
| **Amount Due:** | **$8,886.45** |

*If payment is received on or after 04/17/17; $71.28 late fee will be charged.*

***If you haven't registered on MyNationstar.com, please do so today to avoid missing important messaging regarding your account. Should you have any questions regarding your statement's layout, please log on to our website at MyNationstar.com for an online version of "How to Read Your Statement". On our website, you will find other valuable information including Auto-Pay enrollment, payment activities, the various payment methods available and answers to frequently asked questions. Thank you for allowing Nationstar Mortgage to serve your mortgage needs. We appreciate your business.***

***You can make your payment online at MyNationstar.com. There is no charge for this service.***

Nationstar MORTGAGE | MyNationstar.com | 8950 Cypress Waters Blvd | Coppell, TX 75019

03/21/2017

• Please contact us at (866) 316-2432 EXT. 5493412

5-692-89355-0007769-001-3-000-001-000-000

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

RE: Loan Number: 0631326303
Property Address:
2451 ELM GROVE RD
WYLIE, TX 75098

Dear George D Wigington and Teresa L Wigington:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due for 01/01/2017. Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due 10/01/2016: Fully paid on 10/06/2016
- Payment due 11/01/2016: Fully paid on 10/26/2016
- Payment due 12/01/2016: Fully paid on 12/07/2016
- Payment due 01/01/2017: Unpaid balance of $2,231.44
- Payment due 02/01/2017: Unpaid balance of $2,231.44
- Payment due 03/01/2017: Unpaid balance of $2,120.85
- Current payment due 04/01/2017: $2,231.44

**Total: $8,886.45 due. You must pay this amount to bring your loan current.**
Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

Your loan recently transferred to Nationstar. Please see your monthly statements from your prior servicer for your 6-month payment history if the payment history above is less than 6 months.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options.* Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

**What do I need to do?**

The sooner we hear from you, the sooner we can help get your homeownership back on track. If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

45DLQPCSV1214

EQUAL HOUSING OPPORTUNITY

Nationstar
MORTGAGE

5-692-89355-0007769-001-4-000-001-000-000

**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Number 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

692-3572-0115F

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Nationstar Mortgage, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource.
  If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

Nationstar MORTGAGE MyNationstar.com | 8950 Cypress Waters Blvd | Coppell, TX 75019

04/19/2017

- Our records indicate that you are currently under an approved trial, modification, forbearance or repayment plan.

5-692-92622-0000920-001-3-000-001-000-000

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

RE: Loan Number: 0631326303
Property Address:
2451 ELM GROVE RD
WYLIE, TX 75098

Dear George D Wigington and Teresa L Wigington:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due for 01/01/2017. Here is a recent payment history, and the reason for our concern.

Your Standard Modification payment is $1,337.31 and due on 05/01/2017.

*Recent Account History:*

- Payment due 11/01/2016: Fully paid on 10/26/2016
- Payment due 12/01/2016: Fully paid on 12/07/2016
- Payment due 01/01/2017: Unpaid balance of $2,231.44
- Payment due 02/01/2017: Unpaid balance of $2,231.44
- Payment due 03/01/2017: Unpaid balance of $2,120.85
- Payment due 04/01/2017: Unpaid balance of $2,120.85
- Current payment due 05/01/2017: $2,231.44

**Total: $11,078.58 due. You must pay this amount to bring your loan current.**
Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options.* Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

**What do I need to do?**

Our records indicate that you are currently under an approved trial, modification, forbearance or repayment plan.

If you have any questions, your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*
45DLQPCSV1214

EQUAL HOUSING OPPORTUNITY

Nationstar MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

MORTGAGE LOAN STATEMENT

**CONTACT INFORMATION**

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**
Your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

5-692-92622-0000920-001-1-000-001-000-000

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

| | |
|---|---|
| Statement Date: | 04/18/2017 |
| Loan Number: | 0631326303 |
| Payment Due Date: | 05/01/2017 |
| **Amount Due:** | **$11,078.58** |

*If payment is received on or after 05/17/17; $71.28 late fee will be charged.*

Property Address:
2451 ELM GROVE RD
WYLIE TX 75098

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $113,195.77 |
| Interest Rate | 5.000% |
| Escrow Balance | $1,169.51 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

## Explanation of Amount Due

| | |
|---|---|
| Principal | $953.85 |
| Interest | $471.65 |
| Escrow Amount (for Taxes & Insurance) | $805.94 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$2,231.44** |
| Total Fees and Charges | $142.56 |
| Overdue Payment(s) | $8,704.58 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Amount Due** | **$11,078.58** |
| Trial/Workout Payment Amount | $1,337.31 |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

## Past Payment Breakdown

| | Payments Rec'd since 03/21/2017 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (03/21/2017 to 04/18/2017)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 04/18/2017 | Late Charge Assessed | $71.28 | | | | $71.28 |

## Important Messages (See Reverse side for Additional Critical Notices)

***The Total Amount Due is the amount due as of your loan agreement due date rather than a trial or modification payment due date. Our records indicate you have received a pre-approved trial or modification offer. The amounts listed on this statement may not reflect the proposed payment amount due under your pre-approved trial plan or modification. Please reference your pre-approved trial plan or modification document for monthly payment amounts.***

*"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.*

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and alter your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.*

**NATIONSTAR IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE CURRENTLY IN BANKRUPTCY OR HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY TO THE EXTENT THAT IT IS INCLUDED IN YOUR BANKRUPTCY OR HAS BEEN DISCHARGED, BUT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.**

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

Nationstar MORTGAGE MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0631326303 | 05/01/2017 **$11,078.58** |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE*

| PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|
| 05/17/2017 **$11,149.86** |

NATIONSTAR MORTGAGE
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $__________
**ADDITIONAL PRINCIPAL $__________

***TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH***

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 001107858 001114986

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

## SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

## LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

## HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

## NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

**Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

**Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service. Log onto MyNationstar.com.

**Automated Phone Payment** is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call **1-888-480-2432**.

**Agent Assisted Payment** is a pay-by-phone service provided by a customer service agent. Call **1-888-480-2432** and speak with an agent. There may be a fee of up to $19 for this service.

**Pay by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.**

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

WESTERN UNION

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT.
[Calls may be monitored and/or records for quality assurance purposes]

**24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432.

**Mailing addresses** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| P.O. Box 650783<br>Dallas, TX 75265-0783 | P.O. Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd<br>Coppell, TX 75019 | P.O. Box 7729<br>Springfield, OH 45501-7729<br>Fax (800) 687-4729 | P.O. Box 961229<br>Fort Worth, TX 76161-0229<br>Fax (817) 826-1861 | P.O. Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:**
Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. (i) A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

**Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## *CHANGE OF ADDRESS OR TELEPHONE NUMBER*

*Check the appropriate box:* ❑ *Mailing Address* ❑ *Telephone Number* *Loan #:* ______

*Borrower's Name:* ______ *Co-Borrower's Name:* ______

*Borrower's New Address:* ______ *Co-Borrower's New Address* ______

*Authorized Borrower Number(s):*

*Home* ( ) ______ *Mobile: Yes No*

*Work* ( ) ______ *Ext:* ______ *Mobile: Yes No*

*Other* ( ) ______ *Mobile: Yes No*

*Signature Required:* ______

*Authorized Co-borrower Number(s):*

*Home* ( ) ______ *Mobile: Yes No*

*Work* ( ) ______ *Ext:* ______ *Mobile: Yes No*

*Other* ( ) ______ *Mobile: Yes No*

*Signature Required:* ______

*I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.*

Nationstar MORTGAGE

P.O. BOX 6...
DALLAS, TX 75265

MORTGAGE LOAN STATEMENT

CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

Your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

5-692-92622-0000920-001-2-000-001-000-000

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

| | |
|---|---|
| Statement Date: | 04/18/2017 |
| Loan Number: | 0631326303 |
| Payment Due Date: | 05/01/2017 |
| **Amount Due:** | **$11,078.58** |

*If payment is received on or after 05/17/17; $71.28 late fee will be charged.*

***You can make your payment online at MyNationstar.com. There is no charge for this service.***

Nationstar MORTGAGE

6-692-00553-0019708-002-3-001-001-000-000

**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Number 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

692-3572-0115F

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.
  Nationstar Mortgage, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource.
  If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

Nationstar MORTGAGE | MyNationstar.com | 8950 Cypress Waters Blvd | Coppell, TX 75019

05/19/2017

- Our records indicate that you are currently under an approved trial, modification, forbearance or repayment plan.

3-692-96062-0003574-001-3-000-001-000-000

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

RE: Loan Number: 0631326303
Property Address:
2451 ELM GROVE RD
WYLIE, TX 75098

Dear George D Wigington and Teresa L Wigington:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due for 01/01/2017. Here is a recent payment history, and the reason for our concern.

Your Standard Modification payment is $1,337.31 and due on 05/01/2017.

*Recent Account History:*

- Payment due 12/01/2016: Fully paid on 12/07/2016
- Payment due 01/01/2017: Unpaid balance of $2,231.44
- Payment due 02/01/2017: Unpaid balance of $2,231.44
- Payment due 03/01/2017: Unpaid balance of $2,120.85
- Payment due 04/01/2017: Unpaid balance of $2,120.85
- Payment due 05/01/2017: Unpaid balance of $2,120.85
- Current payment due 06/01/2017: $2,231.44

**Total: $13,199.43 due. You must pay this amount to bring your loan current.**
Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options.* Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

**What do I need to do?**

Our records indicate that you are currently under an approved trial, modification, forbearance or repayment plan.

If you have any questions, your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*
45DLQPCSV1214

EQUAL HOUSING OPPORTUNITY

Nationstar MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

# MORTGAGE LOAN STATEMENT

## CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**
Your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

3-692-96062-0003574-001-1-000-001-000-000

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

| | |
|---|---|
| Statement Date: | 05/18/2017 |
| Loan Number: | 0631326303 |
| Payment Due Date: | 06/01/2017 |
| **Amount Due:** | **$13,199.43** |

*If payment is received on or after 06/17/17; $0.00 late fee will be charged.*

Property Address:
2451 ELM GROVE RD
WYLIE TX 75098

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $113,195.77 |
| Interest Rate | 5.000% |
| Escrow Balance | $1,169.51 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

## Explanation of Amount Due

| | |
|---|---|
| Principal | $953.85 |
| Interest | $471.65 |
| Escrow Amount (for Taxes & Insurance) | $805.94 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$2,231.44** |
| Total Fees and Charges | $142.56 |
| Overdue Payment(s) | $10,825.43 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Amount Due** | **$13,199.43** |
| Trial/Workout Payment Amount | $1,337.31 |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

## Past Payment Breakdown

| | Payments Rec'd since 04/19/2017 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (04/19/2017 to 05/18/2017)

## Important Messages (See Reverse side for Additional Critical Notices)

***The Total Amount Due is the amount due as of your loan agreement due date rather than a trial or modification payment due date. Our records indicate you have received a pre-approved trial or modification offer. The amounts listed on this statement may not reflect the proposed payment amount due under your pre-approved trial plan or modification. Please reference your pre-approved trial plan or modification document for monthly payment amounts.***

***"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.***

***If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and alter your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.***

NATIONSTAR IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE CURRENTLY IN BANKRUPTCY OR HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY TO THE EXTENT THAT IT IS INCLUDED IN YOUR BANKRUPTCY OR HAS BEEN DISCHARGED, BUT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

Nationstar MORTGAGE MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0631326303 | 06/01/2017 $13,199.43 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE*

**PAYMENT DUE IF RECEIVED ON OR AFTER**
06/17/2017 $13,199.43

NATIONSTAR MORTGAGE
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $______
**ADDITIONAL PRINCIPAL $______

*TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH*

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 001319943 001319943

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

## SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

**Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

**Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service. Log onto MyNationstar.com.

**Automated Phone Payment** is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call **1-888-480-2432**.

**Agent Assisted Payment** is a pay-by-phone service provided by a customer service agent. Call **1-888-480-2432** and speak with an agent. There may be a fee of up to $19 for this service.

**Pay by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.**

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT.
[Calls may be monitored and/or records for quality assurance purposes]

**24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432.

**Mailing addresses** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| P.O. Box 650783<br>Dallas, TX 75265-0783 | P.O. Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd<br>Coppell, TX 75019 | P.O. Box 7729<br>Springfield, OH 45501-7729<br>Fax (800) 687-4729 | P.O. Box 961229<br>Fort Worth, TX 76161-0229<br>Fax (817) 826-1861 | P.O. Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. (i) A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

**Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

### *CHANGE OF ADDRESS OR TELEPHONE NUMBER*

*Check the appropriate box:* ☐ *Mailing Address* ☐ *Telephone Number* *Loan #:* ____________

| | |
|---|---|
| *Borrower's Name:* ____________ | *Co-Borrower's Name:* ____________ |
| *Borrower's New Address:* ____________ | *Co-Borrower's New Address* ____________ |
| ____________ | ____________ |
| ____________ | ____________ |
| *Authorized Borrower Number(s):* | *Authorized Co-borrower Number(s):* |
| *Home (   )* ________ *Mobile: Yes No* | *Home (   )* ________ *Mobile: Yes No* |
| *Work (   )* ________ *Ext:* ____ *Mobile: Yes No* | *Work (   )* ________ *Ext:* ____ *Mobile: Yes No* |
| *Other (   )* ________ *Mobile: Yes No* | *Other (   )* ________ *Mobile: Yes No* |
| *Signature Required:* ____________ | *Signature Required:* ____________ |

*I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.*

Nationstar
MORTGAGE

P.O. BOX
DALLAS, TX 75265

**MORTGAGE LOAN STATEMENT - Page 2**

**CONTACT INFORMATION**

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

Your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

3-692-96062-0003574-001-2-000-001-000-000

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

| | |
|---|---|
| Statement Date: | 05/18/2017 |
| Loan Number: | 0631326303 |
| Payment Due Date: | 06/01/2017 |
| **Amount Due:** | **$13,199.43** |

*If payment is received on or after 06/17/17; $0.00 late fee will be charged.*

***You can make your payment online at MyNationstar.com. There is no charge for this service.***

Nationstar
MORTGAGE

3-692-96062-0003574-001-4-000-001-000-000

**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Number 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

3-692-96082-0003574-001-5-000-081-000-000

692-3572-0115F

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Nationstar Mortgage, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

Nationstar MORTGAGE

8950 Cypress Waters Blvd | Coppell, TX 75019

06/21/2017

- Your loan is currently in the Foreclosure process.
- Please contact us at (877) 448-5018 EXT. 5493412

6-692-00553-0019708-002-2-001-001-000-000
GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

RE: Loan Number: 0631326303
Property Address:
2451 ELM GROVE RD
WYLIE, TX 75098

Dear George D Wigington and Teresa L Wigington:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due for 01/01/2017. We have completed the first filing notice required to start the foreclosure process on your account. Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due 01/01/2017: Unpaid balance of $2,231.44
- Payment due 02/01/2017: Unpaid balance of $2,231.44
- Payment due 03/01/2017: Unpaid balance of $2,120.85
- Payment due 04/01/2017: Unpaid balance of $2,120.85
- Payment due 05/01/2017: Unpaid balance of $2,120.85
- Payment due 06/01/2017: Unpaid balance of $2,120.85
- Current payment due 07/01/2017: $2,231.44

**Total: $15,320.28 due. You must pay this amount to bring your loan current.**
Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options.* Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

**What do I need to do?**

The sooner we hear from you, the sooner we can help get your homeownership back on track. If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Sherrida Didier and can be reached at (877) 448-5018 EXT. 5493412 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

45DLQPCSV1214

EQUAL HOUSING OPPORTUNITY

Nationstar MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

MORTGAGE LOAN STATEMENT

**CONTACT INFORMATION**

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**
Your Dedicated Loan Specialist is Sherrida Didier and can be reached at (877) 448-5018 EXT. 5493412 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

6-692-00553-0019708-002-1-001-001-000-000

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

| | |
|---|---|
| Statement Date: | 06/20/2017 |
| Loan Number: | 0631326303 |
| Payment Due Date: | 07/01/2017 |
| **Amount Due:** | **$15,320.28** |

*If payment is received on or after 07/17/17; $0.00 late fee will be charged.*

Property Address:
2451 ELM GROVE RD
WYLIE TX 75098

**Account Information**

| | |
|---|---|
| Interest Bearing Principal Balance | $113,195.77 |
| Interest Rate | 5.000% |
| Escrow Balance | $1,169.51 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $953.85 |
| Interest | $471.65 |
| Escrow Amount (for Taxes & Insurance) | $805.94 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$2,231.44** |
| Total Fees and Charges | $142.56 |
| Overdue Payment(s) | $12,946.28 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Amount Due** | **$15,320.28** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**Lender Paid Expense Summary**

| | Activity Since Last Statement | Total |
|---|---|---|
| Property Inspections (06/06/2017) | $15.00 | $15.00 |
| **Total** | **$15.00** | **$15.00** |

**Past Payment Breakdown**

| | Payments Rec'd since 05/19/2017 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

**Transaction Activity (05/19/2017 to 06/20/2017)**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 05/23/2017 | Property Inspections | -$15.00 | | | | -$15.00 |

**Important Messages** **(See Reverse side for Additional Critical Notices)**

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.*

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and alter your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.*

*You can make your payment online at MyNationstar.com. There is no charge for this service.*

NATIONSTAR IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE CURRENTLY IN BANKRUPTCY OR HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY TO THE EXTENT THAT IT IS INCLUDED IN YOUR BANKRUPTCY OR HAS BEEN DISCHARGED, BUT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

Nationstar MORTGAGE MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0631326303 | 07/01/2017 $15,320.28 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE*.

| PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|
| 07/17/2017 $15,320.28 |

NATIONSTAR MORTGAGE
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $______

**ADDITIONAL PRINCIPAL $______

*TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH*

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 001532028 001532028

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

## SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

## LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

## HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

## NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

**Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

**Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service. Log onto MyNationstar.com.

**Automated Phone Payment** is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call **1-888-480-2432**.

**Agent Assisted Payment** is a pay-by-phone service provided by a customer service agent. Call **1-888-480-2432** and speak with an agent. There may be a fee of up to $19 for this service.

**Pay by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.**

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT.
[Calls may be monitored and/or recorded for quality assurance purposes]

**24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432.

**Mailing addresses** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| P.O. Box 650783<br>Dallas, TX 75265-0783 | P.O. Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd<br>Coppell, TX 75019 | P.O. Box 7729<br>Springfield, OH 45501-7729<br>Fax (800) 687-4729 | P.O. Box 961229<br>Fort Worth, TX 76161-0229<br>Fax (817) 826-1861 | P.O. Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

**Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## *CHANGE OF ADDRESS OR TELEPHONE NUMBER*

*Check the appropriate box:* ❑ *Mailing Address* ❑ *Telephone Number* *Loan #:* ____________

*Borrower's Name:* ____________ *Co-Borrower's Name:* ____________

*Borrower's New Address:* ____________ *Co-Borrower's New Address* ____________

____________ ____________

____________ ____________

*Authorized Borrower Number(s):* *Authorized Co-Borrower Number(s):*

*Home* ( ) ____________ *Mobile: Yes No* *Home* ( ) ____________ *Mobile: Yes No*

*Work* ( ) ____________ *Ext:* ______ *Mobile: Yes No* *Work* ( ) ____________ *Ext:* ______ *Mobile: Yes No*

*Other* ( ) ____________ *Mobile: Yes No* *Other* ( ) ____________ *Mobile: Yes No*

*Signature Required:* ____________ *Signature Required:* ____________

*I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.*

Nationstar
MORTGAGE

5-692-92622-0000920-001-4-000-001-000-000

**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Number 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

692-3572-0115F

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Nationstar Mortgage, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

Nationstar MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

# MORTGAGE LOAN STATEMENT

## CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com
Your Dedicated Loan Specialist is Sherrida Didier and can be reached at
(866) 316-2432 EXT. 5493412 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

5-692-03208-0007542-001-1-000-001-000-000

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

| | |
|---|---|
| Statement Date: | 07/18/2017 |
| Loan Number: | 0631326303 |
| Payment Due Date: | 08/01/2017 |
| **Amount Due:** | **$17,441.13** |

*If payment is received on or after 08/17/17; $0.00 late fee will be charged.*

Property Address:
2451 ELM GROVE RD
WYLIE TX 75098

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $113,195.77 |
| Interest Rate | 5.000% |
| Escrow Balance | $1,169.51 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

## Explanation of Amount Due

| | |
|---|---|
| Principal | $953.85 |
| Interest | $471.65 |
| Escrow Amount (for Taxes & Insurance) | $805.94 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$2,231.44** |
| Total Fees and Charges | $142.56 |
| Overdue Payment(s) | $15,067.13 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Amount Due** | **$17,441.13** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

## Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Property Inspections (07/10/2017) | $15.00 | $30.00 |
| **Total** | **$15.00** | **$30.00** |

## Past Payment Breakdown

| | Payments Rec'd since 06/21/2017 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (06/21/2017 to 07/18/2017)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 07/17/2017 | Property Inspections | -$15.00 | | | | -$15.00 |

## Important Messages (See Reverse side for Additional Critical Notices)

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.*

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and alter your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.*

*You can make your payment online at MyNationstar.com. There is no charge for this service.*

**NATIONSTAR IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE CURRENTLY IN BANKRUPTCY OR HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY TO THE EXTENT THAT IT IS INCLUDED IN YOUR BANKRUPTCY OR HAS BEEN DISCHARGED, BUT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.**

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

Nationstar MORTGAGE MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0631326303 | 08/01/2017 $17,441.13 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE*.

| PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|
| 08/17/2017 $17,441.13 |

NATIONSTAR MORTGAGE
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $______
**ADDITIONAL PRINCIPAL $______

*TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH*

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 001744113 001744113

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

## SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

## LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

## HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

## NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

**Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

**Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service. Log onto MyNationstar.com.

**Automated Phone Payment** is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call **1-888-480-2432**.

**Agent Assisted Payment** is a pay-by-phone service provided by a customer service agent. Call **1-888-480-2432** and speak with an agent. There may be a fee of up to $19 for this service.

**Pay by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.**

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

WESTERN UNION

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT.
[Calls may be monitored and/or recorded for quality assurance purposes]

**24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432.

**Mailing addresses** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| P.O. Box 650783<br>Dallas, TX 75265-0783 | P.O. Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd<br>Coppell, TX 75019 | P.O. Box 7729<br>Springfield, OH 45501-7729<br>Fax (800) 687-4729 | P.O. Box 961229<br>Fort Worth, TX 76161-0229<br>Fax (817) 826-1861 | P.O. Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

EQUAL HOUSING LENDER

**Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## *CHANGE OF ADDRESS OR TELEPHONE NUMBER*

*Check the appropriate box:* ☐ *Mailing Address* ☐ *Telephone Number* *Loan #:* ____________

*Borrower's Name:* ____________ *Co-Borrower's Name:* ____________

*Borrower's New Address:* ____________ *Co-Borrower's New Address* ____________

____________ ____________

____________ ____________

*Authorized Borrower Number(s):* *Authorized Co-Borrower Number(s):*

*Home (* ____ *)* ____________ *Mobile: Yes No* *Home (* ____ *)* ____________ *Mobile: Yes No*

*Work (* ____ *)* ____________ *Ext:* ____ *Mobile: Yes No* *Work (* ____ *)* ____________ *Ext:* ____ *Mobile: Yes No*

*Other (* ____ *)* ____________ *Mobile: Yes No* *Other (* ____ *)* ____________ *Mobile: Yes No*

*Signature Required:* ____________ *Signature Required:* ____________

*I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.*

Nationstar
MORTGAGE

MyNationstar.com | 8950 Cypress Waters Blvd | Coppell, TX 75019

07/19/2017

- Your loan is currently in the Foreclosure process.
- Please contact us at (866) 316-2432 EXT. 5493412

5-692-03208-0007542-001-2-000-001-000-000
GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

RE: Loan Number: 0631326303
Property Address:
2451 ELM GROVE RD
WYLIE, TX 75098

Dear George D Wigington and Teresa L Wigington:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due for 01/01/2017. We have completed the first filing notice required to start the foreclosure process on your account. Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due 02/01/2017: Unpaid balance of $2,231.44
- Payment due 03/01/2017: Unpaid balance of $2,120.85
- Payment due 04/01/2017: Unpaid balance of $2,120.85
- Payment due 05/01/2017: Unpaid balance of $2,120.85
- Payment due 06/01/2017: Unpaid balance of $2,120.85
- Payment due 07/01/2017: Unpaid balance of $2,120.85
- Current payment due 08/01/2017: $2,231.44

**Total: $17,441.13 due. You must pay this amount to bring your loan current.**
Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options.* Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

**What do I need to do?**

The sooner we hear from you, the sooner we can help get your homeownership back on track. If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Sherrida Didier and can be reached at (866) 316-2432 EXT. 5493412 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

45DLQPCSV1214

EQUAL HOUSING OPPORTUNITY

Nationstar MORTGAGE

5-692-03208-0007542-001-3-000-001-000-000

**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Number 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

692-3572-0115F

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Nationstar Mortgage, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource.
  If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

MORTGAGE LOAN STATEMENT

Nationstar MORTGAGE

8950 Cypress Waters Blvd.
Dallas, TX 75019

**CONTACT INFORMATION**

**Customer Service: 888-480-2432**
Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 2 p.m. (CT)
**www.mynationstar.com**
Your Dedicated Loan Specialist is Nereyda Molina-Hernandez and can be reached at
(866) 316-2432 EXT. 9566003 or via mail at:
**8950 Cypress Waters Blvd., Dallas, TX 75019**

| | |
|---|---|
| Statement Date: | 08/18/2017 |
| Loan Number: | 0631326303 |
| Payment Due Date: | 09/01/2017 |
| **Amount Due:** | **$19,561.98** |

*If payment is received on or after 09/17/2017; $0.00 late fee will be charged.*

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE TX 75098

Property Address:
2451 ELM GROVE RD
WYLIE TX 75098

**Account Information**

| | |
|---|---|
| Interest Bearing Principal Balance | $113,195.77 |
| Interest Rate | 5.000% |
| Escrow Balance | $1,169.51 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $953.85 |
| Interest | $471.65 |
| Escrow Amount (for Taxes & Insurance) | $805.94 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$2,231.44** |
| Total Fees and Charges | $142.56 |
| Overdue Payment(s) | $17,187.98 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Amount Due** | **$19,561.98** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits

**Lender Paid Expense Summary**

| | Activity Since Last Statement | Total |
|---|---|---|
| Property Inspections (08/03/2017) | $15.00 | $30.00 |
| **Total** | **$15.00** | **$30.00** |

**Past Payment Breakdown**

| | Payments Rec'd since 07/19/2017 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

**Transaction Activity (07/19/2017 to 08/18/2017)**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 07/24/2017 | Property Inspections | $15.00 | | | | $15.00 |
| 07/21/2017 | Property Inspections | -$15.00 | | | | -$15.00 |

**Important Messages** **(See Reverse side for Additional Critical Notices)**

***Lender Paid Expenses are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.***

***"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.***

***If you do not wish to receive paper statements, simply log into your account at www.mynationstar.com and alter your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.***

***You can make your payment online at www.mynationstar.com. There is no charge for this service.***

**NATIONSTAR IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE CURRENTLY IN BANKRUPTCY OR HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY TO THE EXTENT THAT IT IS INCLUDED IN YOUR BANKRUPTCY OR HAS BEEN DISCHARGED, BUT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.**

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

Nationstar MORTGAGE **www.mynationstar.com**

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| **0631326303** | 09/01/2017 | **$19,561.98** |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE*

**PAYMENT DUE IF RECEIVED ON OR AFTER**
09/17/2017 **$19,561.98**

NATIONSTAR MORTGAGE
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $ ________

**ADDITIONAL PRINCIPAL $ ________

***TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH***

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 001956198 001956198

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at www.mynationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O. Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at www.mynationstar.com for complete details regarding Legal Rights and Protections under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

**Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.**

## PAYMENT OPTIONS

**Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mynationstar.com.

**Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service. Log onto www.mynationstar.com.

**Automated Phone Payment** is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call **888-480-2432.**

**Agent Assisted Payment** is a pay-by-phone service provided by a customer service agent. Call **888-480-2432** and speak with an agent. There may be a fee of up to $19 for this service.

**Pay by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.**

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***** . All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**Customer Service:** 888-480-2432, Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 2 p.m. (CT)
[Calls may be monitored and/or recorded for quality assurance purposes]

**24-hour automated account information:** Log on to www.mynationstar.com OR call **888-480-2432.**

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| P.O. Box 650783<br>Dallas, TX 75265-0783 | P.O. Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd.<br>Dallas, TX 75019 | P.O. Box 7729<br>Springfield, OH 45501-7729<br>Fax (800) 687-4729 | P.O. Box 961229<br>Fort Worth, TX 76161-0229<br>Fax (817) 826-1861 | P.O. Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

**Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## *CHANGE OF ADDRESS OR TELEPHONE NUMBER*

*Check the appropriate box:* ☐ *Mailing Address* ☐ *Telephone Number* *Loan #:*____________

*Borrower's Name:*____________ *Co-Borrower's Name:*____________

*Borrower's New Address:*____________ *Co-Borrower's New Address:*____________

*Authorized Borrower Number(s):* *Authorized Co-Borrower Number(s):*

*Home (____)* ________ *Mobile: Yes No* *Home (____)* ________ *Mobile: Yes No*

*Work (____)* ________ *Ext:* ____ *Mobile: Yes No* *Work (____)* ________ *Ext:* ____ *Mobile: Yes No*

*Other (____)* ________ *Mobile: Yes No* *Other (____)* ________ *Mobile: Yes No*

*Signature Required:*____________ *Signature Required:*____________

*I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.*

**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112953, and 112954.

**If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

www.mynationstar.com | 8950 Cypress Waters Blvd. | Dallas, TX 75019

Nationstar MORTGAGE
8950 Cypress Waters Blvd.
Dallas, TX 75019

08/18/2017

- Your loan is currently in the Foreclosure process.
- Please contact us at (866) 316-2432 EXT. 9566003

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE TX 75098

RE: Loan Number: 0631326303
Property Address: 2451 ELM GROVE RD
WYLIE, TX 75098

Dear George D Wigington and Teresa L Wigington:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership, even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due for 01/01/2017. We have completed the first filing notice required to start the foreclosure process on your account. Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due 03/01/2017: Unpaid balance of $2,120.85
- Payment due 04/01/2017: Unpaid balance of $2,120.85
- Payment due 05/01/2017: Unpaid balance of $2,120.85
- Payment due 06/01/2017: Unpaid balance of $2,120.85
- Payment due 07/01/2017: Unpaid balance of $2,120.85
- Payment due 08/01/2017: Unpaid balance of $2,120.85
- Current payment due 09/01/2017: $2,231.44

**Total: $19,561.98 due. You must pay this amount to bring your loan current.**
Please call Nationstar Mortgage to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options.* Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

**What do I need to do?**
The sooner we hear from you, the sooner we can help get your homeownership back on track. If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Nereyda Molina-Hernandez and can be reached at (866)-316-2432 EXT. 9566003 or via mail at the address listed above. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 2 p.m. (CT).

Sincerely,
Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

EQUAL HOUSING OPPORTUNITY

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Nationstar Mortgage, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource.
  If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

09/19/2017

mr. cooper™
CHANGING THE FACE OF HOME LOANS
8950 Cypress Waters Blvd.
Dallas, TX 75019

OUR INFO
CUSTOMER SERVICE
888-480-2432

| | |
|---|---|
| Mon-Thu | 7 a.m. to 8 p.m. (CT) |
| Fri | 7 a.m. to 6 p.m. (CT) |
| Sat | 8 a.m. to 2 p.m. (CT) |

ONLINE:
www.mrcooper.com

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE, TX 75098

YOUR INFO
LOAN NUMBER
0631326303

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

Dear GEORGE WIGINGTON and TERESA WIGINGTON,

At Mr. Cooper, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

***Why am I receiving this letter?***
As of 09/19/2017, you are 262 days delinquent on your mortgage loan. We have completed the first filing notice required to start the foreclosure process on your account. Here is a recent payment history, and the reason for our concern:

## RECENT ACCOUNT HISTORY

PAYMENT DUE **04/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **05/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **06/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **07/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **08/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **09/01/2017: Unpaid balance of $2,120.85**

**CURRENT PAYMENT DUE 10/01/2017: $2,231.44**
**AS OF 09/19/2017 THE TOTAL AMOUNT DUE IS $21,682.83. *You must pay this amount to bring your loan current.***

*Please call us to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

Your loan recently transferred to Mr. Cooper. Please see your monthly statements from your prior servicer for your 6-month payment history, if the payment history above is less than 6 months.

***What do I need to know?***
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options. *Here are some of the solutions that may be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forebearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing at Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

***What do I need to do?***
The sooner we hear from you, the sooner we can help get your homeownership back on track.
If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Nereyda Aguayo and can be reached at (866) 316-2432 EXT. 9566003 or via mail at the address listed above. Our hours of operation are Monday through Thursday from 7 a.m. to 9 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

Sincerely,
The Loss Mitigation Department at Mr. Cooper

0002389 RNRGEDS1 011287

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

EQUAL HOUSING OPPORTUNITY

# MORTGAGE LOAN STATEMENT

mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Dallas, TX 75019

STATEMENT DATE
09/19/2017

PAYMENT DUE DATE
10/01/2017

LOAN NUMBER
0631326303

AMOUNT DUE
**$21,682.83**

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

*If payment is received on or after **10/17/2017**, a **$0.00** late fee will be charged.*

0002389 02 AB 0.400 02 TR 00016 RNRGEDS1 100000

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE TX 75098

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Nereyda Aguayo**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 9566003**
or via mail at:
8950 Cypress Waters Blvd.
Dallas, TX 75019

## EXPLANATION OF AMOUNT DUE

| CATEGORY | |
|---|---|
| PRINCIPAL | $953.85 |
| INTEREST | $471.65 |
| ESCROW AMOUNT (FOR TAXES & INSURANCE) | $805.94 |
| OPTIONAL PRODUCTS / SERVICES | $0.00 |
| **REGULAR MONTHLY PAYMENT** | **$2,231.44** |
| TOTAL FEES & CHARGES | $142.56 |
| OVERDUE PAYMENT(S) | $19,308.83 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$21,682.83** |

*Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

## ACCOUNT OVERVIEW

INTEREST BEARING PRINCIPAL BALANCE
$113,195.77

INTEREST RATE
5.000%

ESCROW BALANCE
$1,169.51

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 08/19/2017 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| **TOTAL** | **$0.00** | **$0.00** |

See page 2 for detailed Lender Paid Expenses Summary

## HERE'S SOME HELPFUL INFORMATION (See Page 2 for Additional Critical Notices)

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.

If you do not wish to receive paper statements, simply log into your account at www.mrcooper.com and alter your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.

S 00002389 RNRGEDS1 011284

## TRANSACTION ACTIVITY (08/19/2017 to 09/19/2017) (See page 2 for more transactions)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 09/19/2017 | Property Inspections | -$15.00 | | | | -$15.00 |
| 09/14/2017 | Legal Fees | -$5.93 | | | | -$5.93 |
| 09/14/2017 | Legal Fees | -$103.00 | | | | -$103.00 |
| 09/14/2017 | Legal Fees | -$42.80 | | | | -$42.80 |

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

mr. cooper
CHANGING THE FACE OF HOME LOANS www.mrcooper.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| 0631326303 | 10/01/2017 | $21,682.83 |
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER* | PAYMENT DUE IF RECEIVED ON OR AFTER | |
| | 10/17/2017 | $21,682.83 |

MR. COOPER
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $ ________
**ADDITIONAL PRINCIPAL $ ________

TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 002168283 002168283

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope [illegible] since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Banks.

**Mr. Cooper may report your account to the major credit bureaus.**
**Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.**

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay-by-phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 650783, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059000XXXXXXXXXX(10Xs equals the borrower loan number with leading zero)
Routing#: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT*** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number indicating:

Pay to: Mr. Cooper Code City: Astar State: TX
All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432**, Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 6 p.m. (CT), and Saturday 8 a.m. to 2 p.m. (CT)
[Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call **888-480-2432.**

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783<br>Dallas, TX 75265-0783 | PO Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd<br>Dallas, TX 75019 | PO Box 7729<br>Springfield, OH 45501-7729<br>Fax 800-687-4729 | PO Box 961229<br>Fort Worth, TX 76161-0229<br>Fax 817-826-1861 | PO Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

**Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX ☐ MAILING ADDRESS ☐ TELEPHONE NUMBER LOAN # ____________

Borrower's Name: ____________
Borrower's New Address: ____________

Co-Borrower's Name: ____________
Co-Borrower's New Address: ____________

Authorized Borrower's Number(s)
Home: (______) ____________ Mobile: Yes No
Work: (______) ____________ Ext: ______ Mobile: Yes No
Other: (______) ____________ Mobile: Yes No

Authorized Co-Borrower's Number(s)
Home: (______) ____________ Mobile: Yes No
Work: (______) ____________ Ext: ______ Mobile: Yes No
Other: (______) ____________ Mobile: Yes No

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

mr. cooper
CHANGING THE FACE OF HOME LOANS

# MORTGAGE LOAN STATEMENT

STATEMENT DATE
09/19/2017

PAYMENT DUE DATE
10/01/2017

LOAN NUMBER
0631326303

AMOUNT DUE
**$21,682.83**

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

*If payment is received on or after **10/17/2017**, a **$0.00** late fee will be charged.*

## LENDER PAID EXPENSES

| | LAST STATEMENT | TOTAL |
|---|---|---|
| PROPERTY INSPECTIONS (08/03/2017) | $15.00 | $45.00 |
| LEGAL FEES | $1,566.79 | $1,566.79 |
| **TOTAL** | **$1,581.79** | **$1,611.79** |

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Nereyda Aguayo**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 9566003**
or via mail at:
8950 Cypress Waters Blvd.
Dallas, TX 75019

## HERE'S SOME HELPFUL INFORMATION

You can make your payment online at www.mrcooper.com. There is no charge for this service.

As part of our transformation to Mr. Cooper, we've enhanced your monthly billing statement, making it simpler and easier to read. To learn more, check out the 'how to read your statement' video guide online. Go to www.mrcooper.com/servicing/statements and sign in to your account or find it in the support section of our website at www.mrcooper.com/support/statements/monthly.

## TRANSACTION ACTIVITY (08/19/2017 to 09/19/2017) (Section continued from page 1)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 08/31/2017 | Legal Fees | -$1,012.50 | | | | -$1,012.50 |
| 08/31/2017 | Legal Fees | -$12.28 | | | | -$12.28 |
| 08/30/2017 | Legal Fees | -$250.00 | | | | -$250.00 |
| 08/30/2017 | Legal Fees | -$128.00 | | | | -$128.00 |
| 08/30/2017 | Legal Fees | -$12.28 | | | | -$12.28 |

00002389 RNRGEDS1 011285

mr. cooper
CHANGING THE FACE OF HOME LOANS

**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC d/b/a Mr. Cooper is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

00002389 RNRGEDS1 01128

mr. cooper
CHANGING THE FACE OF HOME LOANS

## LEGAL RIGHTS AND PROTECTIONS UNDER THE SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

***Who May Be Entitled to Legal Protections Under the SCRA?***

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

***What Legal Protections Are Servicemembers Entitled To Under the SCRA?***

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

***How Does A Servicemember or Dependent Request Relief Under the SCRA?***

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

***How Does a Servicemember or Dependent Obtain Information About the SCRA?***

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Mr. Cooper reserves the right to exercise the legal rights only against the property securing the original obligation.

0002389 RNRGEDS1 011289 E

*It's officially official.*

# Nationstar is now mr. cooper℠

CHANGING THE FACE OF HOME LOANS




***Nationstar has now become Mr. Cooper. That means a lot of new programs and features, but no work for you at all.*** Your loan will remain exactly the same. So will all your account information. We've just made our monthly statements simpler and easy to read. In fact, this is a quick guide to the new look. Check it out.

If you have any questions, please call our highly informed and well-mannered Customer Service folks at **888-480-2432.** (Same number, see how easy this is?) And our old website will even take you to our new one, **www.mrcooper.com.**

00002389 RNRGEDS1 011288

mr. cooper℠

CHANGING THE FACE OF HOME LOANS

EQUAL HOUSING OPPORTUNITY

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

# A STATEMENT ABOUT YOUR STATEMENT:

*We'll make it easy to understand.*

If you want a step-by-step guide to the new statement, go to **www.mrcooper.com/support.**

STATEMENT PAGE 1




## 1 STATEMENT INFORMATION

**STATEMENT DATE**
**LOAN NUMBER**
**PAYMENT DUE DATE**
**AMOUNT DUE**
**LATE CHARGE**

## 2 ACCOUNT OVERVIEW

Current snapshot of your home loan. See where your mortgage balance stands at the moment.

**INTEREST BEARING PRINCIPAL BALANCE**
**INTEREST RATE**
**ESCROW BALANCE**

## 3 EXPLANATION OF AMOUNT DUE

**REGULAR MONTHLY PAYMENT**

- **PRINCIPAL**
- **INTEREST**
- **ESCROW, TAXES & INSURANCE**
- **OPTIONAL PRODUCTS & SERVICES**

**TOTAL FEES & CHARGES:** Other fees and charges not included in your regular monthly payment.

**OVERDUE PAYMENT(S):** If you have any past due amounts, this is the monthly minimum payment you owe to cover them.

**PARTIAL PAYMENT (UNAPPLIED):** A previously made payment less than the full amount due. Funds remain unapplied until we receive the remainder necessary to make a complete full payment. Unapplied funds may NOT prevent late fees or delinquent reports to credit bureaus where permitted by law.

**TOTAL AMOUNT DUE:** Full amount owed this month.

**TRIAL/WORKOUT PAYMENT AMOUNT (if applicable):** If you are on a trial or other payment plan, your trial payment will be shown here.

## 4 PAST PAYMENTS BREAKDOWN

How your payments were divided up by principal, interest, escrow, optional insurance, lender paid expenses, etc. for the last month and so far this year.

## 5 HERE'S SOME HELPFUL INFORMATION

Important explanations and special notices pertaining to your account, plus useful tips for managing your home loan.

## 6 TRANSACTION ACTIVITY

A day-by-day listing of recent transactions on your account.

## 7 PAYMENT COUPON

To make your payment, please fill out, detach and return this section with your check or money order. The easiest and fastest way to pay is online. Sign in at **www.mrcooper.com** to make a one-time payment or set-up AutoPay. It's free.

If you're including additional escrow or principal payments, you must indicate those amount(s) in the spaces provided on the Payment Coupon. Please note that all other amounts must first be paid in full (i.e. fees, overdue payments, etc.) before you can make additional principal payments.

## LENDER PAID EXPENSES.

If you have a second statement page, this is where you'll find your Lender Paid Expenses. You'll see expenses, if any, that we paid to maintain and process your home loan. For example, legal fees, repair costs or property inspections.

You'll also see additional info from 5 and 6 on the second page.

MORTGAGE LOAN STATEMENT

mr. cooper
CHANGING THE FACE OF HOME LOANS
8950 Cypress Waters Blvd.
Dallas, TX 75019

STATEMENT DATE
09/19/2017

PAYMENT DUE DATE
10/01/2017

LOAN NUMBER
0631326303

AMOUNT DUE
$21,682.83

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

*If payment is received on or after **10/17/2017**, a **$0.00** late fee will be charged.*

0002389 02 AB 0.400 02 TR 00016 RNRGEDS1 100000
GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE TX 75098

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Nereyda Aguayo**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 9566003**
or via mail at:
8950 Cypress Waters Blvd.
Dallas, TX 75019

## EXPLANATION OF AMOUNT DUE

| CATEGORY | |
|---|---|
| PRINCIPAL | $953.85 |
| INTEREST | $471.65 |
| ESCROW AMOUNT (FOR TAXES & INSURANCE) | $805.94 |
| OPTIONAL PRODUCTS / SERVICES | $0.00 |
| **REGULAR MONTHLY PAYMENT** | **$2,231.44** |
| TOTAL FEES & CHARGES | $142.56 |
| OVERDUE PAYMENT(S) | $19,308.83 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$21,682.83** |

*Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

## ACCOUNT OVERVIEW

INTEREST BEARING PRINCIPAL BALANCE
$113,195.77

INTEREST RATE
5.000%

ESCROW BALANCE
$1,169.51

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 08/19/2017 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| TOTAL | **$0.00** | **$0.00** |

See page 2 for detailed Lender Paid Expenses Summary

## HERE'S SOME HELPFUL INFORMATION (See Page 2 for Additional Critical Notices)

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.

If you do not wish to receive paper statements, simply log into your account at www.mrcooper.com and alter your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.

S 0000389 RNRGEDS1 011284

## TRANSACTION ACTIVITY (08/19/2017 to 09/19/2017) (See page 2 for more transactions)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 09/19/2017 | Property Inspections | -$15.00 | | | | -$15.00 |
| 09/14/2017 | Legal Fees | -$5.93 | | | | -$5.93 |
| 09/14/2017 | Legal Fees | -$103.00 | | | | -$103.00 |
| 09/14/2017 | Legal Fees | -$42.80 | | | | -$42.80 |

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

mr. cooper
CHANGING THE FACE OF HOME LOANS www.mrcooper.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| 0631326303 | 10/01/2017 | $21,682.83 |
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER* | PAYMENT DUE IF RECEIVED ON OR AFTER | |
| | 10/17/2017 | $21,682.83 |

MR. COOPER
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $ ________
**ADDITIONAL PRINCIPAL $ ________

TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 002168283 002168283

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Banks.

**Mr. Cooper may report your account to the major credit bureaus.
Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.**

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay-by-phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 650783, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059000XXXXXXXXXX(10Xs equals the borrower loan number with leading zero)
Routing#: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT*** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number indicating:

Pay to: Mr. Cooper Code City: Astar State: TX
All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432**, Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 6 p.m. (CT), and Saturday 8 a.m. to 2 p.m. (CT)
[Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call **888-480-2432.**

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783<br>Dallas, TX 75265-0783 | PO Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd<br>Dallas, TX 75019 | PO Box 7729<br>Springfield, OH 45501-7729<br>Fax 800-687-4729 | PO Box 961229<br>Fort Worth, TX 76161-0229<br>Fax 817-826-1861 | PO Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

**Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX ☐ MAILING ADDRESS ☐ TELEPHONE NUMBER LOAN # ____________

Borrower's Name: ____________
Borrower's New Address: ____________
____________

Co-Borrower's Name: ____________
Co-Borrower's New Address: ____________
____________

Authorized Borrower's Number(s)
Home: (______) ____________ Mobile: Yes No
Work: (______) ____________ Ext ______ Mobile: Yes No
Other: (______) ____________ Mobile: Yes No

Authorized Co-Borrower's Number(s)
Home: (______) ____________ Mobile: Yes No
Work: (______) ____________ Ext ______ Mobile: Yes No
Other: (______) ____________ Mobile: Yes No

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

mr. cooper
CHANGING THE FACE OF HOME LOANS

# MORTGAGE LOAN STATEMENT

STATEMENT DATE
09/19/2017

PAYMENT DUE DATE
10/01/2017

LOAN NUMBER
0631326303

AMOUNT DUE
**$21,682.83**

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

*If payment is received on or after **10/17/2017**, a **$0.00** late fee will be charged.*

## LENDER PAID EXPENSES

| | LAST STATEMENT | TOTAL |
|---|---|---|
| PROPERTY INSPECTIONS (08/03/2017) | $15.00 | $45.00 |
| LEGAL FEES | $1,566.79 | $1,566.79 |
| **TOTAL** | **$1,581.79** | **$1,611.79** |

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Nereyda Aguayo**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 9566003**
or via mail at:
8950 Cypress Waters Blvd.
Dallas, TX 75019

## HERE'S SOME HELPFUL INFORMATION

You can make your payment online at www.mrcooper.com. There is no charge for this service.

As part of our transformation to Mr. Cooper, we've enhanced your monthly billing statement, making it simpler and easier to read. To learn more, check out the 'how to read your statement' video guide online. Go to www.mrcooper.com/servicing/statements and sign in to your account or find it in the support section of our website at www.mrcooper.com/support/statements/monthly.

## TRANSACTION ACTIVITY (08/19/2017 to 09/19/2017) (Section continued from page 1)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 08/31/2017 | Legal Fees | -$1,012.50 | | | | -$1,012.50 |
| 08/31/2017 | Legal Fees | -$12.28 | | | | -$12.28 |
| 08/30/2017 | Legal Fees | -$250.00 | | | | -$250.00 |
| 08/30/2017 | Legal Fees | -$128.00 | | | | -$128.00 |
| 08/30/2017 | Legal Fees | -$12.28 | | | | -$12.28 |

0002389 RNRGEDS1 011285

09/19/2017

mr. cooper™
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Dallas, TX 75019

OUR INFO
CUSTOMER SERVICE
**888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)

ONLINE:
**www.mrcooper.com**

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE, TX 75098

YOUR INFO
LOAN NUMBER
**0631326303**

PROPERTY ADDRESS
**2451 ELM GROVE RD**
**WYLIE, TX 75098**

Dear GEORGE WIGINGTON and TERESA WIGINGTON,

At Mr. Cooper, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

***Why am I receiving this letter?***
As of 09/19/2017, you are 262 days delinquent on your mortgage loan. We have completed the first filing notice required to start the foreclosure process on your account. Here is a recent payment history, and the reason for our concern:

## RECENT ACCOUNT HISTORY

PAYMENT DUE **04/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **05/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **06/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **07/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **08/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **09/01/2017: Unpaid balance of $2,120.85**

**CURRENT PAYMENT DUE 10/01/2017: $2,231.44**
**AS OF 09/19/2017 THE TOTAL AMOUNT DUE IS $21,682.83. *You must pay this amount to bring your loan current.***

*Please call us to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

Your loan recently transferred to Mr. Cooper. Please see your monthly statements from your prior servicer for your 6-month payment history, if the payment history above is less than 6 months.

***What do I need to know?***
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options. *Here are some of the solutions that may be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forebearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

0002389 RNRGEDS1 011287

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing at Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

***What do I need to do?***
The sooner we hear from you, the sooner we can help get your homeownership back on track.
If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Nereyda Aguayo and can be reached at (866) 316-2432 EXT. 9566003 or via mail at the address listed above. Our hours of operation are Monday through Thursday from 7 a.m. to 9 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

Sincerely,
The Loss Mitigation Department at Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

EQUAL HOUSING OPPORTUNITY

mr. cooper

CHANGING THE FACE OF HOME LOANS

**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC d/b/a Mr. Cooper is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

00002389 RNRGEDS1 011286

mr. cooper
CHANGING THE FACE OF HOME LOANS

## LEGAL RIGHTS AND PROTECTIONS UNDER THE SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

***Who May Be Entitled to Legal Protections Under the SCRA?***

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

***What Legal Protections Are Servicemembers Entitled To Under the SCRA?***

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

***How Does A Servicemember or Dependent Request Relief Under the SCRA?***

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

***How Does a Servicemember or Dependent Obtain Information About the SCRA?***

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Mr. Cooper reserves the right to exercise the legal rights only against the property securing the original obligation.

0002389 RNRGEDS1 011289 E

*It's officially official.*

**Nationstar is now**

**mr. cooper℠**

CHANGING THE FACE OF HOME LOANS




***Nationstar has now become Mr. Cooper. That means a lot of new programs and features, but no work for you at all.*** Your loan will remain exactly the same. So will all your account information. We've just made our monthly statements simpler and easy to read. In fact, this is a quick guide to the new look. Check it out.

If you have any questions, please call our highly informed and well-mannered Customer Service folks at **888-480-2432.** (Same number, see how easy this is?) And our old website will even take you to our new one, **www.mrcooper.com.**

00002389 RNRGEDS1 011288

mr. cooper℠

CHANGING THE FACE OF HOME LOANS

EQUAL HOUSING OPPORTUNITY

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

# A STATEMENT ABOUT YOUR STATEMENT:

*We'll make it easy to understand.*

If you want a step-by-step guide to the new statement, go to **www.mrcooper.com/support.**

STATEMENT PAGE 1




## 1 STATEMENT INFORMATION

**STATEMENT DATE**
**LOAN NUMBER**
**PAYMENT DUE DATE**
**AMOUNT DUE**
**LATE CHARGE**

## 2 ACCOUNT OVERVIEW

Current snapshot of your home loan. See where your mortgage balance stands at the moment.

**INTEREST BEARING PRINCIPAL BALANCE**
**INTEREST RATE**
**ESCROW BALANCE**

## 3 EXPLANATION OF AMOUNT DUE

**REGULAR MONTHLY PAYMENT**

- **PRINCIPAL**
- **INTEREST**
- **ESCROW, TAXES & INSURANCE**
- **OPTIONAL PRODUCTS & SERVICES**

**TOTAL FEES & CHARGES:** Other fees and charges not included in your regular monthly payment.

**OVERDUE PAYMENT(S):** If you have any past due amounts, this is the monthly minimum payment you owe to cover them.

**PARTIAL PAYMENT (UNAPPLIED):** A previously made payment less than the full amount due. Funds remain unapplied until we receive the remainder necessary to make a complete full payment. Unapplied funds may NOT prevent late fees or delinquent reports to credit bureaus where permitted by law.

**TOTAL AMOUNT DUE:** Full amount owed this month.

**TRIAL/WORKOUT PAYMENT AMOUNT (if applicable):** If you are on a trial or other payment plan, your trial payment will be shown here.

## 4 PAST PAYMENTS BREAKDOWN

How your payments were divided up by principal, interest, escrow, optional insurance, lender paid expenses, etc. for the last month and so far this year.

## 5 HERE'S SOME HELPFUL INFORMATION

Important explanations and special notices pertaining to your account, plus useful tips for managing your home loan.

## 6 TRANSACTION ACTIVITY

A day-by-day listing of recent transactions on your account.

## 7 PAYMENT COUPON

To make your payment, please fill out, detach and return this section with your check or money order. The easiest and fastest way to pay is online. Sign in at **www.mrcooper.com** to make a one-time payment or set-up AutoPay. It's free.

If you're including additional escrow or principal payments, you must indicate those amount(s) in the spaces provided on the Payment Coupon. Please note that all other amounts must first be paid in full (i.e. fees, overdue payments, etc.) before you can make additional principal payments.

## LENDER PAID EXPENSES.

If you have a second statement page, this is where you'll find your Lender Paid Expenses. You'll see expenses, if any, that we paid to maintain and process your home loan. For example, legal fees, repair costs or property inspections.

You'll also see additional info from 5 and 6 on the second page.

mr. cooper
CHANGING THE FACE OF HOME LOANS
8950 Cypress Waters Blvd.
Dallas, TX 75019

# MORTGAGE LOAN STATEMENT

STATEMENT DATE
10/18/2017

LOAN NUMBER
0631326303

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

PAYMENT DUE DATE
11/01/2017

REINSTATEMENT AMOUNT DUE
**$23,803.68**

*If payment is received on or after **11/17/2017**, a **$0.00** late fee will be charged.*

0009866 02 MB 0.420 02 TR 00050 RNRGE4Q3 100000
GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE TX 75098

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Nereyda Aguayo**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 9566003**
or via mail at:
8950 Cypress Waters Blvd.
Dallas, TX 75019

## EXPLANATION OF AMOUNT DUE

| CATEGORY | |
|---|---|
| PRINCIPAL | $953.85 |
| INTEREST | $471.65 |
| ESCROW AMOUNT (FOR TAXES & INSURANCE) | $805.94 |
| OPTIONAL PRODUCTS / SERVICES | $0.00 |
| TOTAL FEES & CHARGES | $142.56 |
| OVERDUE PAYMENT(S) | $21,429.68 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **REINSTATEMENT AMOUNT DUE** | **$23,803.68** |
| ACCELERATION AMOUNT DUE | $120,301.73 |

## ACCOUNT OVERVIEW

INTEREST BEARING PRINCIPAL BALANCE
$113,195.77

INTEREST RATE
5.000%

ESCROW BALANCE
$1,169.51

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 09/20/2017 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| **TOTAL** | **$0.00** | **$0.00** |

See page 2 for detailed Lender Paid Expenses Summary

## HERE'S SOME HELPFUL INFORMATION (See Page 2 for Additional Critical Notices)

The Reinstatement Amount Due is the amount you must pay as of the date of this billing statement to bring your loan current. Your loan has been accelerated. The Accelerated Amount Due is the approximate payoff as of the date of the billing statement. Neither of these amounts include fees and costs incurred but not yet billed. Please call us to request a reinstatement quote or payoff quote as these amounts will change frequently. We require all reinstatement payments to be made in certified funds through either a cashier's check or money order, made payable and mailed to Nationstar Mortgage LLC d/b/a Mr. Cooper.

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

S 0009866 RNRGE4Q3 024647

## TRANSACTION ACTIVITY (09/20/2017 to 10/18/2017)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 10/06/2017 | Property Inspections | -$15.00 | | | | -$15.00 |
| 10/06/2017 | Legal Fees | -$50.00 | | | | -$50.00 |
| 10/06/2017 | Legal Fees | -$50.00 | | | | -$50.00 |
| 10/06/2017 | Legal Fees | -$215.00 | | | | -$215.00 |

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

mr. cooper
CHANGING THE FACE OF HOME LOANS www.mrcooper.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | REINSTATEMENT AMOUNT DUE* |
|---|---|
| 0631326303 | 11/01/2017 $23,803.68 |
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER* | PAYMENT DUE IF RECEIVED ON OR AFTER 11/17/2017 $23,803.68 |

MR. COOPER
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $ ________
**ADDITIONAL PRINCIPAL $ ________

TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 002380368 002380368

## IMPORTANT PAYMENT INFORMATION

- [illegible] the r[illegible]velope since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include [illegible] on your check or money order. However, should y[illegible] statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

### SE[illegible] RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military [illegible] duty. If you are a member of the military who has been called t[illegible] [illegible]ent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Banks.

**Mr. Cooper may report your account to the major credit bureaus.**
**Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.**

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay-by-phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 650783, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059000XXXXXXXXXX(10Xs equals the borrower loan number with leading zero)
Routing#: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT®** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:

Pay to: Mr. Cooper  Code City: Astar  State: TX
All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432** Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 6 p.m. (CT), and Saturday 8 a.m. to 2 p.m. (CT)
[Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call **888-480-2432.**

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783<br>Dallas, TX 75265-0783 | PO Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd.<br>Dallas, TX 75019 | PO Box 7729<br>Springfield, OH 45501-7729<br>Fax 800-687-4729 | PO Box 961229<br>Fort Worth, TX 76161-0229<br>Fax 817-826-1861 | PO Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

EQUAL HOUSING OPPORTUNITY

**Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX: ☐ MAILING ADDRESS ☐ TELEPHONE NUMBER LOAN # ______________

Borrower's Name: ______________ Co-Borrower's Name: ______________
Borrower's New Address: ______________ Co-Borrower's New Address: ______________

Authorized Borrower's Number(s):
Home: (______) ______________ Mobile: Yes No
Work: (______) ______________ Ext: ______ Mobile: Yes No
Other: (______) ______________ Mobile: Yes No

Authorized Co-Borrower's Number(s):
Home: (______) ______________ Mobile: Yes No
Work: (______) ______________ Ext: ______ Mobile: Yes No
Other: (______) ______________ Mobile: Yes No

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

mr. cooper
CHANGING THE FACE OF HOME LOANS

# MORTGAGE LOAN STATEMENT

STATEMENT DATE
10/18/2017

LOAN NUMBER
0631326303

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

PAYMENT DUE DATE
11/01/2017

**REINSTATEMENT AMOUNT DUE**
**$23,803.68**

*If payment is received on or after **11/17/2017**, a **$0.00** late fee will be charged.*

## LENDER PAID EXPENSES

| | LAST STATEMENT | TOTAL |
|---|---|---|
| PROPERTY INSPECTIONS (10/04/2017) | $30.00 | $60.00 |
| LEGAL FEES | $315.00 | $1,881.79 |
| **TOTAL** | **$345.00** | **$1,941.79** |

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Nereyda Aguayo**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 9566003**
or via mail at:
8950 Cypress Waters Blvd.
Dallas, TX 75019

## HERE'S SOME HELPFUL INFORMATION

"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.

If you do not wish to receive paper statements, simply log into your account at www.mrcooper.com and alter your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.

You can make your payment online at www.mrcooper.com. There is no charge for this service.

As part of our transformation to Mr. Cooper, we've enhanced your monthly billing statement, making it simpler and easier to read. To learn more, check out the 'how to read your statement' video guide online. Go to www.mrcooper.com/servicing/statements and sign in to your account or find it in the support section of our website at www.mrcooper.com/support/statements/monthly.

0009866 RNRGE4Q3 024648

10/18/2017

mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Dallas, TX 75019

OUR INFO
CUSTOMER SERVICE
888-480-2432

| | |
|---|---|
| Mon-Thu | 7 a.m. to 8 p.m. (CT) |
| Fri | 7 a.m. to 6 p.m. (CT) |
| Sat | 8 a.m. to 2 p.m. (CT) |

ONLINE:
www.mrcooper.com

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE, TX 75098

YOUR INFO
LOAN NUMBER
0631326303

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

Dear GEORGE WIGINGTON and TERESA WIGINGTON,

At Mr. Cooper, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

***Why am I receiving this letter?***
As of 10/18/2017, you are 291 days delinquent on your mortgage loan. We have completed the first filing notice required to start the foreclosure process on your account. Here is a recent payment history, and the reason for our concern:

## RECENT ACCOUNT HISTORY

PAYMENT DUE **05/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **06/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **07/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **08/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **09/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **10/01/2017: Unpaid balance of $2,120.85**

**CURRENT PAYMENT DUE 11/01/2017: $2,231.44**
**AS OF 10/18/2017 THE REINSTATEMENT AMOUNT DUE IS $23,803.68. *You must pay this amount to bring your loan current.***

*The Reinstatement Amount Due is the amount you must pay as of the date of this billing statement to bring your loan current. This amount does not include fees and costs incurred but not yet billed. Please call us to request a reinstatement quote as this amount will change frequently. We require all reinstatement payments to be made in certified funds through either a cashier's check or money order, made payable and mailed to Nationstar Mortgage LLC d/b/a Mr. Cooper.*

Your loan recently transferred to Mr. Cooper. Please see your monthly statements from your prior servicer for your 6-month payment history, if the payment history above is less than 6 months.

0000986 RNRGE4Q3 02465O

***What do I need to know?***
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options. *Here are some of the solutions that may be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forebearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing at Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

***What do I need to do?***
The sooner we hear from you, the sooner we can help get your homeownership back on track.
If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Nereyda Aguayo and can be reached at (866) 316-2432 EXT. 9566003 or via mail at the address listed above. Our hours of operation are Monday through Thursday from 7 a.m. to 9 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

Sincerely,
The Loss Mitigation Department at Mr. Cooper
*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

EQUAL HOUSING OPPORTUNITY

mr. cooper
CHANGING THE FACE OF HOME LOANS

## LEGAL RIGHTS AND PROTECTIONS UNDER THE SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

***Who May Be Entitled to Legal Protections Under the SCRA?***

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

***What Legal Protections Are Servicemembers Entitled To Under the SCRA?***

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

***How Does A Servicemember or Dependent Request Relief Under the SCRA?***

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

***...es a Servicemember or Dependent Obtain Information About the SCRA?***

Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Mr. Cooper reserves the right to exercise the legal rights only against the property securing the original obligation.

0009866 RNRGE4Q3 024652 E

mr. cooper
CHANGING THE FACE OF HOME LOANS

**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC d/b/a Mr. Cooper is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

00009866 RNRGE4Q3 024649

*It's officially official.*

# Nationstar is now mr. cooper℠

CHANGING THE FACE OF HOME LOANS




00009866 RNRGE4Q3 024651

***Nationstar has now become Mr. Cooper. That means a lot of new programs and features, but no work for you at all.*** Your loan will remain exactly the same. So will all your account information. We've just made our monthly statements simpler and easy to read. In fact, this is a quick guide to the new look. Check it out.

If you have any questions, please call our highly informed and well-mannered Customer Service folks at **888-480-2432.** (Same number, see how easy this is?) And our old website will even take you to our new one, **www.mrcooper.com.**

mr. cooper℠

CHANGING THE FACE OF HOME LOANS

EQUAL HOUSING OPPORTUNITY

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

# A STATEMENT ABOUT YOUR STATEMENT:

*We'll make it easy to understand.*

If you want a step-by-step guide to the new statement, go to **www.mrcooper.com/support.**

STATEMENT PAGE 1




## 1 STATEMENT INFORMATION

**STATEMENT DATE**
**LOAN NUMBER**
**PAYMENT DUE DATE**
**AMOUNT DUE**
**LATE CHARGE**

## 2 ACCOUNT OVERVIEW

Current snapshot of your home loan. See where your mortgage balance stands at the moment.

**INTEREST BEARING PRINCIPAL BALANCE**
**INTEREST RATE**
**ESCROW BALANCE**

## 3 EXPLANATION OF AMOUNT DUE

**REGULAR MONTHLY PAYMENT**

- **PRINCIPAL**
- **INTEREST**
- **ESCROW, TAXES & INSURANCE**
- **OPTIONAL PRODUCTS & SERVICES**

**TOTAL FEES & CHARGES:** Other fees and charges not included in your regular monthly payment.

**OVERDUE PAYMENT(S):** If you have any past due amounts, this is the monthly minimum payment you owe to cover them.

**PARTIAL PAYMENT (UNAPPLIED):** A previously made payment less than the full amount due. Funds remain unapplied until we receive the remainder necessary to make a complete full payment. Unapplied funds may NOT prevent late fees or delinquent reports to credit bureaus where permitted by law.

**TOTAL AMOUNT DUE:** Full amount owed this month.

**TRIAL/WORKOUT PAYMENT AMOUNT (if applicable):** If you are on a trial or other payment plan, your trial payment will be shown here.

## 4 PAST PAYMENTS BREAKDOWN

How your payments were divided up by principal, interest, escrow, optional insurance, lender paid expenses, etc. for the last month and so far this year.

## 5 HERE'S SOME HELPFUL INFORMATION

Important explanations and special notices pertaining to your account, plus useful tips for managing your home loan.

## 6 TRANSACTION ACTIVITY

A day-by-day listing of recent transactions on your account.

## 7 PAYMENT COUPON

To make your payment, please fill out, detach and return this section with your check or money order. The easiest and fastest way to pay is online. Sign in at **www.mrcooper.com** to make a one-time payment or set-up AutoPay. It's free.

If you're including additional escrow or principal payments, you must indicate those amount(s) in the spaces provided on the Payment Coupon. Please note that all other amounts must first be paid in full (i.e. fees, overdue payments, etc.) before you can make additional principal payments.

## LENDER PAID EXPENSES.

If you have a second statement page, this is where you'll find your Lender Paid Expenses. You'll see expenses, if any, that we paid to maintain and process your home loan. For example, legal fees, repair costs or property inspections.

You'll also see additional info from 5 and 6 on the second page.

**EXHIBIT 63**

mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

# MORTGAGE LOAN STATEMENT

STATEMENT DATE
**02/23/2018**

PAYMENT DUE DATE
03/01/2018

LOAN NUMBER
**0631326303**

## AMOUNT DUE
**$32,032.52**

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

*If payment is received on or after **03/17/2018**, a **$71.28** late fee will be charged.*

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE TX 75098

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Cristopher Peterson**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 6862582**
or via mail at:
8950 Cypress Waters Blvd.
Coppell, TX 75019

## EXPLANATION OF AMOUNT DUE




| | |
|---|---|
| REGULAR MONTHLY PAYMENT | $2,119.44 |
| TOTAL FEES & CHARGES | $0.00 |
| OVERDUE PAYMENT(S) | $29,913.08 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$32,032.52** |

*Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

## ACCOUNT OVERVIEW

INTEREST BEARING PRINCIPAL BALANCE
$113,195.77

INTEREST RATE
5.000%

ESCROW BALANCE
-$7,157.81

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 10/19/2017 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| **TOTAL** | **$0.00** | **$0.00** |

See page 2 for detailed Lender Paid Expenses Summary

## HERE'S SOME HELPFUL INFORMATION (See Page 2 for Additional Critical Notices)

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

If you do not wish to receive paper statements, simply log into your account at www.mrcooper.com and alter your selection to Paperless. Paperless offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.

## TRANSACTION ACTIVITY (10/19/2017 to 02/23/2018) (See page 2 for more transactions)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 02/05/2018 | Property Inspections | -$15.00 | | | | -$15.00 |
| 12/04/2017 | Disbursement-School Tax | $3,135.93 | | | $3,135.93 | |
| 12/04/2017 | Disbursement-School Tax | $874.98 | | | $874.98 | |
| 12/04/2017 | Disbursement-County Tax | $1,259.83 | | | $1,259.83 | |

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

mr. cooper
CHANGING THE FACE OF HOME LOANS
www.mrcooper.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| 0631326303 | 03/01/2018 | $32,032.52 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER*

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| 03/17/2018 | $32,103.80 |

MR. COOPER
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $ ________
**ADDITIONAL PRINCIPAL $ ________

TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 003203252 003210380

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1)Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

**SERVICEMEMBERS CIVIL RELIEF ACT**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

**LATE CHARGES AND OVERDRAFT FEES**
Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

**HOMEOWNER COUNSELING NOTICE**
If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

**NEW YORK STATE RESIDENTS**
For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Banks.

Mr. Cooper may report your account to the major credit bureaus.
Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay-by-phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 650783, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059000XXXXXXXXXX(10Xs equals the borrower loan number with leading zero)
Routing#: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT*** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:

**Pay to: Mr. Cooper Code City: Astar State: TX**
All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432**, Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 6 p.m. (CT), and Saturday 8 a.m. to 2 p.m. (CT)
[Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call **888-480-2432.**

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783<br>Dallas, TX 75265-0783 | PO Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | PO Box 7729<br>Springfield, OH 45501-7729<br>Fax 800-687-4729 | PO Box 961229<br>Fort Worth, TX 76161-0229<br>Fax 817-826-1861 | PO Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

EQUAL HOUSING OPPORTUNITY

**Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX: ☐ MAILING ADDRESS ☐ TELEPHONE NUMBER: LOAN # ____________

Borrower's Name: ____________
Borrower's New Address: ____________

Co-Borrower's Name: ____________
Co-Borrower's New Address: ____________

Authorized Borrower's Number(s):
Home: (______) ____________ Mobile: Yes No
Work: (______) ____________ Ext: ______ Mobile: Yes No
Other: (______) ____________ Mobile: Yes No

Authorized Co-Borrower's Number(s):
Home: (______) ____________ Mobile: Yes No
Work: (______) ____________ Ext: ______ Mobile: Yes No
Other: (______) ____________ Mobile: Yes No

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

mr. cooper
CHANGING THE FACE OF HOME LOANS

# MORTGAGE LOAN STATEMENT

STATEMENT DATE
**02/23/2018**

PAYMENT DUE DATE
03/01/2018

LOAN NUMBER
**0631326303**

**AMOUNT DUE**
**$32,032.52**

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

*If payment is received on or after **03/17/2018**, a **$71.28** late fee will be charged.*

## LENDER PAID EXPENSES

| | LAST STATEMENT | TOTAL |
|---|---|---|
| PROPERTY INSPECTIONS (02/02/2018) | $30.00 | $90.00 |
| LEGAL FEES | $0.00 | $1,881.79 |
| **TOTAL** | **$30.00** | **$1,971.79** |

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Cristopher Peterson**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 6862582**
or via mail at:
8950 Cypress Waters Blvd.
Coppell, TX 75019

## HERE'S SOME HELPFUL INFORMATION

You can make your payment online at www.mrcooper.com. There is no charge for this service.

As part of our transformation to Mr. Cooper, we've enhanced your monthly billing statement, making it simpler and easier to read. To learn more, check out the 'how to read your statement' video guide online. Go to www.mrcooper.com/servicing/statements and sign in to your account or find it in the support section of our website at www.mrcooper.com/support/statements/monthly.

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

## TRANSACTION ACTIVITY (10/19/2017 to 02/23/2018) (Section continued from page 1)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 12/04/2017 | Disbursement-County Tax | $393.58 | | | $393.58 | |
| 12/04/2017 | Disbursement-Insurance | $2,663.00 | | | $2,663.00 | |
| 11/21/2017 | Fee Waived | -$71.28 | | | | -$71.28 |
| 11/21/2017 | Fee Waived | -$71.28 | | | | -$71.28 |
| 11/03/2017 | Property Inspections | -$15.00 | | | | -$15.00 |

02/23/2018

mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

OUR INFO
CUSTOMER SERVICE
**888-480-2432**

| | |
|---|---|
| Mon-Thu | 7 a.m. to 8 p.m. (CT) |
| Fri | 7 a.m. to 6 p.m. (CT) |
| Sat | 8 a.m. to 2 p.m. (CT) |

ONLINE:
**www.mrcooper.com**

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE, TX 75098

YOUR INFO
LOAN NUMBER
**0631326303**

PROPERTY ADDRESS
**2451 ELM GROVE RD**
**WYLIE, TX 75098**

Dear GEORGE WIGINGTON and TERESA WIGINGTON,

At Mr. Cooper, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

***Why am I receiving this letter?***
As of 02/23/2018, you are 419 days delinquent on your mortgage loan. Here is a recent payment history, and the reason for our concern:

## RECENT ACCOUNT HISTORY

PAYMENT DUE **09/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **10/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **11/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **12/01/2017: Unpaid balance of $2,120.85**
PAYMENT DUE **01/01/2018: Unpaid balance of $2,120.85**
PAYMENT DUE **02/01/2018: Unpaid balance of $2,120.85**

**CURRENT PAYMENT DUE 03/01/2018: $2,119.44**
**AS OF 02/23/2018 THE TOTAL AMOUNT DUE IS $32,032.52. *You must pay this amount to bring your loan current.***

*Please call us to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

Your loan recently transferred to Mr. Cooper. Please see your monthly statements from your prior servicer for your 6-month payment history, if the payment history above is less than 6 months.

***What do I need to know?***
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options. *Here are some of the solutions that may be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forebearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing at Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

***What do I need to do?***
The sooner we hear from you, the sooner we can help get your homeownership back on track.
If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Cristopher Peterson and can be reached at (866) 316-2432 EXT. 6862582 or via mail at the address listed above. Our hours of operation are Monday through Thursday from 7 a.m. to 9 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

Sincerely,
The Loss Mitigation Department at Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

EQUAL HOUSING OPPORTUNITY

mr. cooper
CHANGING THE FACE OF HOME LOANS

## LEGAL RIGHTS AND PROTECTIONS UNDER THE SCRA

Servicemembers on “active duty” or “active service,” or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USCA Section 3901) (SCRA).

***Who May Be Entitled to Legal Protections Under the SCRA?***

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

***What Legal Protections Are Servicemembers Entitled To Under the SCRA?***

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember’s military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember’s military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

***How Does A Servicemember or Dependent Request Relief Under the SCRA?***

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember’s military orders.

  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember’s military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense’s Defense Manpower Data Center’s website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

***How Does a Servicemember or Dependent Obtain Information About the SCRA?***

- Servicemembers and dependents with questions about the SCRA should contact their unit’s Judge Advocate, or their installation’s Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.
- “Military OneSource” is the U. S. Department of Defense’s information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Mr. Cooper reserves the right to exercise the legal rights only against the property securing the original obligation.

# MORTGAGE LOAN STATEMENT

mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

STATEMENT DATE
**03/20/2018**

PAYMENT DUE DATE
04/01/2018

LOAN NUMBER
**0631326303**

**AMOUNT DUE**
**$35,774.32**

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

*If payment is received on or after **04/17/2018**, a **$71.28** late fee will be charged.*

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE TX 75098

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Susan Stanko**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 4670729**
or via mail at:
8950 Cypress Waters Blvd.
Coppell, TX 75019

## EXPLANATION OF AMOUNT DUE




| | |
|---|---|
| REGULAR MONTHLY PAYMENT | $2,231.44 |
| TOTAL FEES & CHARGES | $71.28 |
| OVERDUE PAYMENT(S) | $33,471.60 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$35,774.32** |

*Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

## ACCOUNT OVERVIEW

INTEREST BEARING PRINCIPAL BALANCE
$113,195.77

INTEREST RATE
5.000%

ESCROW BALANCE
-$7,157.81

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 02/24/2018 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| **TOTAL** | **$0.00** | **$0.00** |

See page 2 for detailed Lender Paid Expenses Summary

## HERE'S SOME HELPFUL INFORMATION (See Page 2 for Additional Critical Notices)

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.

## TRANSACTION ACTIVITY (02/24/2018 to 03/20/2018)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 03/19/2018 | Late Charge Assessed | $71.28 | | | | $71.28 |
| 03/08/2018 | Property Inspections | -$15.00 | | | | -$15.00 |

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

mr. cooper
CHANGING THE FACE OF HOME LOANS
www.mrcooper.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| 0631326303 | 04/01/2018 | $35,774.32 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER*

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| 04/17/2018 | $35,845.60 |

MR. COOPER
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $ ________
**ADDITIONAL PRINCIPAL $ ________

TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 003577432 003584560

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1)Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Banks.

**Mr. Cooper may report your account to the major credit bureaus.**
**Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.**

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay-by-phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 650783, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059000XXXXXXXXXX(10Xs equals the borrower loan number with leading zero)
Routing#: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT*** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:

**Pay to: Mr. Cooper Code City: Astar State: TX**
All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432**, Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 6 p.m. (CT), and Saturday 8 a.m. to 2 p.m. (CT)
[Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call **888-480-2432.**

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783<br>Dallas, TX 75265-0783 | PO Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | PO Box 7729<br>Springfield, OH 45501-7729<br>Fax 800-687-4729 | PO Box 961229<br>Fort Worth, TX 76161-0229<br>Fax 817-826-1861 | PO Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

EQUAL HOUSING OPPORTUNITY

**Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX: ☐ MAILING ADDRESS ☐ TELEPHONE NUMBER: LOAN # ________

Borrower's Name: ________
Borrower's New Address: ________

Co-Borrower's Name: ________
Co-Borrower's New Address: ________

Authorized Borrower's Number(s):
Home: (____) ________ Mobile: Yes No
Work: (____) ________ Ext: ____ Mobile: Yes No
Other: (____) ________ Mobile: Yes No

Authorized Co-Borrower's Number(s):
Home: (____) ________ Mobile: Yes No
Work: (____) ________ Ext: ____ Mobile: Yes No
Other: (____) ________ Mobile: Yes No

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

mr. cooper℠
CHANGING THE FACE OF HOME LOANS

# MORTGAGE LOAN STATEMENT

STATEMENT DATE
03/20/2018

PAYMENT DUE DATE
04/01/2018

LOAN NUMBER
0631326303

AMOUNT DUE
$35,774.32

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

*If payment is received on or after **04/17/2018**, a **$71.28** late fee will be charged.*

## LENDER PAID EXPENSES

| | LAST STATEMENT | TOTAL |
|---|---|---|
| PROPERTY INSPECTIONS (03/07/2018) | $15.00 | $105.00 |
| LEGAL FEES | $0.00 | $1,881.79 |
| **TOTAL** | **$15.00** | **$1,986.79** |

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Susan Stanko**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 4670729**
or via mail at:
8950 Cypress Waters Blvd.
Coppell, TX 75019

## HERE'S SOME HELPFUL INFORMATION

If you do not wish to receive paper statements, simply log into your account at www.mrcooper.com and alter your selection to Paperless. Paperless offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.

You can make your payment online at www.mrcooper.com. There is no charge for this service.

As part of our transformation to Mr. Cooper, we've enhanced your monthly billing statement, making it simpler and easier to read. To learn more, check out the 'how to read your statement' video guide online. Go to www.mrcooper.com/servicing/statements and sign in to your account or find it in the support section of our website at www.mrcooper.com/support/statements/monthly.

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

03/20/2018

mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

OUR INFO
CUSTOMER SERVICE
**888-480-2432**

| | |
|---|---|
| Mon-Thu | 7 a.m. to 8 p.m. (CT) |
| Fri | 7 a.m. to 6 p.m. (CT) |
| Sat | 8 a.m. to 2 p.m. (CT) |

ONLINE:
**www.mrcooper.com**

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE, TX 75098

YOUR INFO
LOAN NUMBER
**0631326303**

PROPERTY ADDRESS
**2451 ELM GROVE RD**
**WYLIE, TX 75098**

Dear GEORGE WIGINGTON and TERESA WIGINGTON,

At Mr. Cooper, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

***Why am I receiving this letter?***
As of 03/20/2018, you are 444 days delinquent on your mortgage loan. Here is a recent payment history, and the reason for our concern:

## RECENT ACCOUNT HISTORY

PAYMENT DUE **10/01/2017: Unpaid balance of $2,231.44**
PAYMENT DUE **11/01/2017: Unpaid balance of $2,231.44**
PAYMENT DUE **12/01/2017: Unpaid balance of $2,231.44**
PAYMENT DUE **01/01/2018: Unpaid balance of $2,231.44**
PAYMENT DUE **02/01/2018: Unpaid balance of $2,231.44**
PAYMENT DUE **03/01/2018: Unpaid balance of $2,231.44**

**CURRENT PAYMENT DUE 04/01/2018: $2,231.44**
**AS OF 03/20/2018 THE TOTAL AMOUNT DUE IS $35,774.32. *You must pay this amount to bring your loan current.***

*Please call us to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

Your loan recently transferred to Mr. Cooper. Please see your monthly statements from your prior servicer for your 6-month payment history, if the payment history above is less than 6 months.

***What do I need to know?***
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options. *Here are some of the solutions that may be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forebearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing at Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

***What do I need to do?***
The sooner we hear from you, the sooner we can help get your homeownership back on track.
If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Susan Stanko and can be reached at (866) 316-2432 EXT. 4670729 or via mail at the address listed above. Our hours of operation are Monday through Thursday from 7 a.m. to 9 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

Sincerely,
The Loss Mitigation Department at Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

EQUAL HOUSING OPPORTUNITY

mr. cooper
CHANGING THE FACE OF HOME LOANS

## LEGAL RIGHTS AND PROTECTIONS UNDER THE SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USCA Section 3901) (SCRA).

***Who May Be Entitled to Legal Protections Under the SCRA?***

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

***What Legal Protections Are Servicemembers Entitled To Under the SCRA?***

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

***How Does A Servicemember or Dependent Request Relief Under the SCRA?***

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

***How Does a Servicemember or Dependent Obtain Information About the SCRA?***

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Mr. Cooper reserves the right to exercise the legal rights only against the property securing the original obligation.

# MORTGAGE LOAN STATEMENT

mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

STATEMENT DATE
**04/18/2018**

PAYMENT DUE DATE
05/01/2018

LOAN NUMBER
**0631326303**

**AMOUNT DUE**
**$32,488.29**

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

*If payment is received on or after **05/17/2018**, a **$71.28** late fee will be charged.*

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE TX 75098

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Susan Stanko**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 4670729**
or via mail at:
8950 Cypress Waters Blvd.
Coppell, TX 75019

## EXPLANATION OF AMOUNT DUE




| | |
|---|---|
| REGULAR MONTHLY PAYMENT | $1,902.69 |
| TOTAL FEES & CHARGES | $142.56 |
| OVERDUE PAYMENT(S) | $30,443.04 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$32,488.29** |

*Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

## ACCOUNT OVERVIEW

INTEREST BEARING PRINCIPAL BALANCE
$113,195.77

INTEREST RATE
5.000%

ESCROW BALANCE
-$7,157.81

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 03/21/2018 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| **TOTAL** | **$0.00** | **$0.00** |

See page 2 for detailed Lender Paid Expenses Summary

## HERE'S SOME HELPFUL INFORMATION (See Page 2 for Additional Critical Notices)

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.

If you do not wish to receive paper statements, simply log into your account at www.mrcooper.com and alter your selection to Paperless. Paperless offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.

## TRANSACTION ACTIVITY (03/21/2018 to 04/18/2018)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 04/17/2018 | Late Charge Assessed | $71.28 | | | | $71.28 |
| 04/06/2018 | Property Inspections | -$15.00 | | | | -$15.00 |

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

mr. cooper
CHANGING THE FACE OF HOME LOANS
www.mrcooper.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| 0631326303 | 05/01/2018 | $32,488.29 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER*

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| 05/17/2018 | $32,559.57 |

MR. COOPER
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $ ________

**ADDITIONAL PRINCIPAL $ ________

TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 003248829 003255957

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1)Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Banks.

**Mr. Cooper may report your account to the major credit bureaus.**
**Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.**

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay-by-phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 650783, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059000XXXXXXXXXX(10Xs equals the borrower loan number with leading zero)
Routing#: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT*** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:

**Pay to: Mr. Cooper Code City: Astar State: TX**
All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.
**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.
**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.
**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432**, Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 6 p.m. (CT), and Saturday 8 a.m. to 2 p.m. (CT)
[Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call **888-480-2432.**

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783<br>Dallas, TX 75265-0783 | PO Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | PO Box 7729<br>Springfield, OH 45501-7729<br>Fax 800-687-4729 | PO Box 961229<br>Fort Worth, TX 76161-0229<br>Fax 817-826-1861 | PO Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

EQUAL HOUSING OPPORTUNITY

**Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX: ☐ MAILING ADDRESS ☐ TELEPHONE NUMBER: LOAN # ____________

Borrower's Name: ____________
Borrower's New Address: ____________

Co-Borrower's Name: ____________
Co-Borrower's New Address: ____________

Authorized Borrower's Number(s):
Home: (____) ____________ Mobile: Yes No
Work: (____) ____________ Ext: ____ Mobile: Yes No
Other: (____) ____________ Mobile: Yes No

Authorized Co-Borrower's Number(s):
Home: (____) ____________ Mobile: Yes No
Work: (____) ____________ Ext: ____ Mobile: Yes No
Other: (____) ____________ Mobile: Yes No

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

mr. cooper℠
CHANGING THE FACE OF HOME LOANS

# MORTGAGE LOAN STATEMENT

STATEMENT DATE
**04/18/2018**

PAYMENT DUE DATE
05/01/2018

LOAN NUMBER
**0631326303**

**AMOUNT DUE**
**$32,488.29**

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

*If payment is received on or after **05/17/2018**, a **$71.28** late fee will be charged.*

## LENDER PAID EXPENSES

| | LAST STATEMENT | TOTAL |
|---|---|---|
| PROPERTY INSPECTIONS (04/01/2018) | $15.00 | $120.00 |
| LEGAL FEES | $0.00 | $1,881.79 |
| **TOTAL** | **$15.00** | **$2,001.79** |

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Susan Stanko**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 4670729**
or via mail at:
8950 Cypress Waters Blvd.
Coppell, TX 75019

## HERE'S SOME HELPFUL INFORMATION

If you do not wish to receive paper statements, simply log into your account at www.mrcooper.com and alter your selection to Paperless. Paperless offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.

You can make your payment online at www.mrcooper.com. There is no charge for this service.

As part of our transformation to Mr. Cooper, we've enhanced your monthly billing statement, making it simpler and easier to read. To learn more, check out the 'how to read your statement' video guide online. Go to www.mrcooper.com/servicing/statements and sign in to your account or find it in the support section of our website at www.mrcooper.com/support/statements/monthly.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

04/18/2018

mr. cooper
CHANGING THE FACE OF HOME LOANS
8950 Cypress Waters Blvd.
Coppell, TX 75019

OUR INFO
CUSTOMER SERVICE
**888-480-2432**

| | |
|---|---|
| Mon-Thu | 7 a.m. to 8 p.m. (CT) |
| Fri | 7 a.m. to 6 p.m. (CT) |
| Sat | 8 a.m. to 2 p.m. (CT) |

ONLINE:
**www.mrcooper.com**

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE, TX 75098

YOUR INFO
LOAN NUMBER
**0631326303**

PROPERTY ADDRESS
**2451 ELM GROVE RD**
**WYLIE, TX 75098**

Dear GEORGE WIGINGTON and TERESA WIGINGTON,

At Mr. Cooper, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

***Why am I receiving this letter?***
As of 04/18/2018, you are 473 days delinquent on your mortgage loan. Here is a recent payment history, and the reason for our concern:

## RECENT ACCOUNT HISTORY

PAYMENT DUE **11/01/2017: Unpaid balance of $1,902.69**
PAYMENT DUE **12/01/2017: Unpaid balance of $1,902.69**
PAYMENT DUE **01/01/2018: Unpaid balance of $1,902.69**
PAYMENT DUE **02/01/2018: Unpaid balance of $1,902.69**
PAYMENT DUE **03/01/2018: Unpaid balance of $1,902.69**
PAYMENT DUE **04/01/2018: Unpaid balance of $1,902.69**

**CURRENT PAYMENT DUE 05/01/2018: $1,902.69**
**AS OF 04/18/2018 THE TOTAL AMOUNT DUE IS $32,488.29. *You must pay this amount to bring your loan current.***

*Please call us to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

Your loan recently transferred to Mr. Cooper. Please see your monthly statements from your prior servicer for your 6-month payment history, if the payment history above is less than 6 months.

***What do I need to know?***
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options. *Here are some of the solutions that may be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forebearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing at Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

***What do I need to do?***
The sooner we hear from you, the sooner we can help get your homeownership back on track.
If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Susan Stanko and can be reached at (866) 316-2432 EXT. 4670729 or via mail at the address listed above. Our hours of operation are Monday through Thursday from 7 a.m. to 9 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

Sincerely,
The Loss Mitigation Department at Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

mr. cooper
CHANGING THE FACE OF HOME LOANS

## LEGAL RIGHTS AND PROTECTIONS UNDER THE SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USCA Section 3901) (SCRA).

***Who May Be Entitled to Legal Protections Under the SCRA?***

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

***What Legal Protections Are Servicemembers Entitled To Under the SCRA?***

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

***How Does A Servicemember or Dependent Request Relief Under the SCRA?***

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

***How Does a Servicemember or Dependent Obtain Information About the SCRA?***

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Mr. Cooper reserves the right to exercise the legal rights only against the property securing the original obligation.

# MORTGAGE LOAN STATEMENT

mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

STATEMENT DATE
**05/18/2018**

PAYMENT DUE DATE
06/01/2018

LOAN NUMBER
**0631326303**

**AMOUNT DUE**
**$34,462.26**

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

*If payment is received on or after **06/17/2018**, a **$71.28** late fee will be charged.*

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE TX 75098

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Susan Stanko**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 4670729**
or via mail at:
8950 Cypress Waters Blvd.
Coppell, TX 75019

## EXPLANATION OF AMOUNT DUE




| | |
|---|---|
| REGULAR MONTHLY PAYMENT | $1,902.69 |
| TOTAL FEES & CHARGES | $213.84 |
| OVERDUE PAYMENT(S) | $32,345.73 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$34,462.26** |

*Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

## ACCOUNT OVERVIEW

INTEREST BEARING PRINCIPAL BALANCE
$113,195.77

INTEREST RATE
5.000%

ESCROW BALANCE
-$7,157.81

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 04/19/2018 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| **TOTAL** | **$0.00** | **$0.00** |

See page 2 for detailed Lender Paid Expenses Summary

## HERE'S SOME HELPFUL INFORMATION (See Page 2 for Additional Critical Notices)

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.

If you do not wish to receive paper statements, simply log into your account at www.mrcooper.com and alter your selection to Paperless. Paperless offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.

## TRANSACTION ACTIVITY (04/19/2018 to 05/18/2018)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 05/17/2018 | Late Charge Assessed | $71.28 | | | | $71.28 |
| 05/01/2018 | Property Inspections | -$15.00 | | | | -$15.00 |

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

mr. cooper
CHANGING THE FACE OF HOME LOANS
www.mrcooper.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

GEORGE D WIGINGTON
TERESA L WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| 0631326303 | 06/01/2018 | $34,462.26 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER*

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| 06/17/2018 | $34,533.54 |

MR. COOPER
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $ ________
**ADDITIONAL PRINCIPAL $ ________

TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH ☐

**All amounts must be paid in full before additional principal reduction can be made.

06313263030 003446226 003453354

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1)Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

**SERVICEMEMBERS CIVIL RELIEF ACT**

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

**LATE CHARGES AND OVERDRAFT FEES**

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

**HOMEOWNER COUNSELING NOTICE**

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

**NEW YORK STATE RESIDENTS**

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Banks.

Mr. Cooper may report your account to the major credit bureaus.
Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay-by-phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 650783, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059000XXXXXXXXXX(10Xs equals the borrower loan number with leading zero)
Routing#: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT*** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:

**Pay to: Mr. Cooper Code City: Astar State: TX**
All QuickCollect transactions require cash. Western Union will charge a fee for this service.

**NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK**

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432**, Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 7 p.m. (CT), and Saturday 8 a.m. to 12 p.m. (CT)
[Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call **888-480-2432.**

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783<br>Dallas, TX 75265-0783 | PO Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | PO Box 7729<br>Springfield, OH 45501-7729<br>Fax 800-687-4729 | PO Box 961229<br>Fort Worth, TX 76161-0229<br>Fax 817-826-1861 | PO Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

EQUAL HOUSING OPPORTUNITY

**Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX: ☐ MAILING ADDRESS ☐ TELEPHONE NUMBER: LOAN # ____________

Borrower's Name: ____________
Borrower's New Address: ____________

Co-Borrower's Name: ____________
Co-Borrower's New Address: ____________

Authorized Borrower's Number(s):
Home: (____) ________ Mobile: Yes No
Work: (____) ________ Ext: ____ Mobile: Yes No
Other: (____) ________ Mobile: Yes No

Authorized Co-Borrower's Number(s):
Home: (____) ________ Mobile: Yes No
Work: (____) ________ Ext: ____ Mobile: Yes No
Other: (____) ________ Mobile: Yes No

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

mr. cooper℠
CHANGING THE FACE OF HOME LOANS

# MORTGAGE LOAN STATEMENT

STATEMENT DATE
**05/18/2018**

PAYMENT DUE DATE
06/01/2018

LOAN NUMBER
**0631326303**

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

**AMOUNT DUE**
**$34,462.26**

*If payment is received on or after **06/17/2018**, a **$71.28** late fee will be charged.*

## LENDER PAID EXPENSES

| | LAST STATEMENT | TOTAL |
|---|---|---|
| PROPERTY INSPECTIONS (04/30/2018) | $15.00 | $135.00 |
| LEGAL FEES | $0.00 | $1,881.79 |
| **TOTAL** | **$15.00** | **$2,016.79** |

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Susan Stanko**
AND CAN BE REACHED AT:
**(866) 316-2432 EXT. 4670729**
or via mail at:
8950 Cypress Waters Blvd.
Coppell, TX 75019

## HERE'S SOME HELPFUL INFORMATION

If you do not wish to receive paper statements, simply log into your account at www.mrcooper.com and alter your selection to Paperless. Paperless offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.

You can make your payment online at www.mrcooper.com. There is no charge for this service.

As part of our transformation to Mr. Cooper, we've enhanced your monthly billing statement, making it simpler and easier to read. To learn more, check out the 'how to read your statement' video guide online. Go to www.mrcooper.com/servicing/statements and sign in to your account or find it in the support section of our website at www.mrcooper.com/support/statements/monthly.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

05/18/2018

mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

OUR INFO
CUSTOMER SERVICE
**888-480-2432**

| | |
|---|---|
| Mon-Thu | 7 a.m. to 8 p.m. (CT) |
| Fri | 7 a.m. to 7 p.m. (CT) |
| Sat | 8 a.m. to 12 p.m. (CT) |

ONLINE:
**www.mrcooper.com**

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE, TX 75098

YOUR INFO
LOAN NUMBER
**0631326303**

PROPERTY ADDRESS
**2451 ELM GROVE RD**
**WYLIE, TX 75098**

Dear GEORGE WIGINGTON and TERESA WIGINGTON,

At Mr. Cooper, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

***Why am I receiving this letter?***
As of 05/18/2018, you are 503 days delinquent on your mortgage loan. Here is a recent payment history, and the reason for our concern:

## RECENT ACCOUNT HISTORY

PAYMENT DUE **12/01/2017: Unpaid balance of $1,902.69**
PAYMENT DUE **01/01/2018: Unpaid balance of $1,902.69**
PAYMENT DUE **02/01/2018: Unpaid balance of $1,902.69**
PAYMENT DUE **03/01/2018: Unpaid balance of $1,902.69**
PAYMENT DUE **04/01/2018: Unpaid balance of $1,902.69**
PAYMENT DUE **05/01/2018: Unpaid balance of $1,902.69**

**CURRENT PAYMENT DUE 06/01/2018: $1,902.69**
**AS OF 05/18/2018 THE TOTAL AMOUNT DUE IS $34,462.26. *You must pay this amount to bring your loan current.***

*Please call us to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

Your loan recently transferred to Mr. Cooper. Please see your monthly statements from your prior servicer for your 6-month payment history, if the payment history above is less than 6 months.

***What do I need to know?***
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options. *Here are some of the solutions that may be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forebearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing at Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

***What do I need to do?***
The sooner we hear from you, the sooner we can help get your homeownership back on track.
If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Susan Stanko and can be reached at (866) 316-2432 EXT. 4670729 or via mail at the address listed above. Our hours of operation are Monday through Thursday 7 am to 8 pm (CT), Friday 7 am to 7 pm (CT) and Saturday 8 am to 12 pm (CT).

Sincerely,
The Loss Mitigation Department at Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

mr. cooper
CHANGING THE FACE OF HOME LOANS

## LEGAL RIGHTS AND PROTECTIONS UNDER THE SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USCA Section 3901) (SCRA).

***Who May Be Entitled to Legal Protections Under the SCRA?***

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

***What Legal Protections Are Servicemembers Entitled To Under the SCRA?***

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

***How Does A Servicemember or Dependent Request Relief Under the SCRA?***

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

***How Does a Servicemember or Dependent Obtain Information About the SCRA?***

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Mr. Cooper reserves the right to exercise the legal rights only against the property securing the original obligation.

EXHIBIT
64

mr. cooper
CHANGING THE FACE OF HOME LOANS
8950 Cypress Waters Blvd.
Coppell, TX 75019

MORTGAGE LOAN STATEMENT

STATEMENT DATE
06/19/2018

LOAN NUMBER
0631326303

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

PAYMENT DUE DATE
07/01/2018

AMOUNT DUE
$36,996.31

*If payment is received on or after **07/17/2018**, a **$71.28** late fee will be charged.*

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE, TX 75098

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Shardae Williams**
AND CAN BE REACHED AT:
**(866)-316-2432**
or via mail at:
8950 Cypress Waters Blvd.
Coppell, TX 75019

## EXPLANATION OF AMOUNT DUE




| | |
|---|---|
| REGULAR MONTHLY PAYMENT | $2,462.77 |
| TOTAL FEES & CHARGES | $285.12 |
| OVERDUE PAYMENT(S) | $34,248.42 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$36,996.31** |

*Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

## ACCOUNT OVERVIEW

INTEREST BEARING PRINCIPAL BALANCE
$113,195.77

INTEREST RATE
5.000%

ESCROW BALANCE
-$7,157.81

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

## PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 05/19/2018 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| **TOTAL** | **$0.00** | **$0.00** |

**See page 2 for detailed Lender Paid Expenses Summary**

## HERE'S SOME HELPFUL INFORMATION (See Page 2 for Additional Critical Notices)

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.

If you do not wish to receive paper statements, simply log into your account at www.mrcooper.com and alter your selection to Paperless. Paperless offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.

You can make your payment online at www.mrcooper.com. There is no charge for this service.

## TRANSACTION ACTIVITY (05/19/2018 to 06/19/2018)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 06/19/2018 | Late Charge Assessed | $71.28 | | | | $71.28 |
| 05/31/2018 | Property Inspections | $15.00 | | | | $15.00 |
| 05/30/2018 | Property Inspections | -$15.00 | | | | -$15.00 |

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

mr. cooper
CHANGING THE FACE OF HOME LOANS
**www.mrcooper.com**

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

GEORGE WIGINGTON
TERESA WIGINGTON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0631326303 | 07/01/2018 $36,996.31 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER*

**PAYMENT DUE IF RECEIVED ON OR AFTER**
07/17/2018 **$37,067.59**

MR. COOPER
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $________
**ADDITIONAL PRINCIPAL $________

***TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH***

**All amounts must be paid in full before additional principal can be made.

06313263030 003699631 003706759

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, P.O. Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $50.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Banks.

**Mr. Cooper may report your account to the major credit bureaus.**
**Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.**

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There may be a fee of up to $14 for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay by phone service provide by a customer service agent. Call 888-480-2432 and speak with an agent. There may be a fee of up to $19 for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 650783, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.

**WIRE** You may send payments, via wire transfer, to the following:
Bank Account: 4059000XXXXXXXXXX(10Xs equals the borrower loan number with leading zero)
Routing#: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT®** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:

**Pay to: Mr. Cooper Code City: MRCOOPER State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432**, Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 7 p.m. (CT), and Saturday 8 a.m. to 12 p.m. (CT)
[Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call **888-480-2432.**

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783<br>Dallas, TX 75265-0783 | PO Box 619098<br>Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | PO Box 7729<br>Springfield, OH 45501-7729<br>Fax (800) 687-4729 | PO Box 9225<br>Coppell, TX 75019<br>Fax (817) 826-1861 | PO Box 619094<br>Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.

EQUAL HOUSING OPPORTUNITY

**Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX: ☐ MAILING ADDRESS ☐ TELEPHONE NUMBER LOAN #: ____________

Borrower's Name: ____________
Borrower's New Address: ____________

____________

Authorized Borrower's Number(s):
Home: ( ____ ) ____________ Mobile: Yes No
Work: ( ____ ) ____________ Ext: ____ Mobile: Yes No
Other: ( ____ ) ____________ Mobile: Yes No

Signature Required: ____________

Co-Borrower's Name: ____________
Co-Borrower's New Address: ____________

____________

Authorized Co-Borrower's Number(s):
Home: ( ____ ) ____________ Mobile: Yes No
Work: ( ____ ) ____________ Ext: ____ Mobile: Yes No
Other: ( ____ ) ____________ Mobile: Yes No

Signature Required: ____________

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

# MORTGAGE LOAN STATEMENT

STATEMENT DATE
**06/19/2018**

PAYMENT DUE DATE
07/01/2018

LOAN NUMBER
**0631326303**

AMOUNT DUE
**$36,996.31**

PROPERTY ADDRESS
2451 ELM GROVE RD
WYLIE, TX 75098

*If payment is received on or after **07/17/2018**, a **$71.28** late fee will be charged.*

## LENDER PAID EXPENSES

| | LAST STATEMENT | TOTAL |
|---|---|---|
| PROPERTY INSPECTIONS (05/29/2018) | $15.00 | $135.00 |
| LEGAL FEES | $0.00 | $1,881.79 |
| **TOTAL** | **$15.00** | **$2,016.79** |

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
**www.mrcooper.com**

YOUR **Dedicated Loan Specialist** is:
**Shardae Williams**
AND CAN BE REACHED AT:
**(866)-316-2432**
or via mail at:
8950 Cypress Waters Blvd.
Coppell, TX 75019

## HERE'S SOME HELPFUL INFORMATION

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

06/19/2018

mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

OUR INFO
CUSTOMER SERVICE
**888-480-2432**
Mon-Thu 7 a.m to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)

ONLINE
**www.mrcooper.com**

YOUR INFO
LOAN NUMBER
**0631326303**

PROPERTY ADDRESS
**2451 ELM GROVE RD**
**WYLIE, TX 75098**

GEORGE D WIGINGTON
TERESA L WIGINGTON
PRO SE
2451 ELM GROVE RD
WYLIE, TX 75098

Dear George Wigington and Teresa Wigington,

At Mr. Cooper, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

***Why am I receiving this letter?***
As of 06/19/2018, you are 535 days delinquent on your mortgage loan. Here is a recent payment history, and the reason for our concern:

## RECENT ACCOUNT HISTORY

PAYMENT DUE **01/01/2018 Unpaid balance of $1,902.69**
PAYMENT DUE **01/01/2018 Unpaid balance of $1,902.69**
PAYMENT DUE **01/01/2018 Unpaid balance of $1,902.69**
PAYMENT DUE **01/01/2018 Unpaid balance of $1,902.69**
PAYMENT DUE **01/01/2018 Unpaid balance of $1,902.69**
PAYMENT DUE **01/01/2018 Unpaid balance of $1,902.69**

**CURRENT PAYMENT DUE 07/01/2018: $2,462.77**
**AS OF 06/19/2018 THE TOTAL AMOUNT DUE IS $36,996.31.** ***You must pay this amount to bring your loan current.***

*Please call us to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

Your loan recently transferred to Mr. Cooper. Please see your monthly statements from your prior servicer for your 6-month payment history, if the payment history above is less than 6 months.

***What do I need to know?***
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options. *Here are some of the solutions that may be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forebearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing at Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

***What do I need to do?***
The sooner we hear from you, the sooner we can help get your homeownership back on track.
If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Shardae Williams and can be reached at (866) 316-2432 or via mail at the address listed above. Our hours of operation are Monday through Thursday 7 am to 8 pm (CT), Friday 7 am to 7 pm (CT) and Saturday 8 am to 12 pm (CT).

Sincerely,
The Loss Mitigation Department at Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

**Servicemembers Civil Relief Act Notice Disclosure**

**U.S. Department of Housing and Urban Development Office of Housing**

**OMB Approval 2502-0584**
**Exp 3/31/2021**

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.
  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA; however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

## Account Information

Statement Date: 04/05/11
Property Address: 2451 ELM GROVE RD
WYLIE TX 75098

Page 1 of 1

CitiMortgage

citi

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

**EXHIBIT 65**

| ACCOUNT NUMBER: 0647001116-1 | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $169,619.18 |
| Interest Rate | 5.00000% |
| Interest Year to Date | $2,856.69 |

SIS0079D-265010952011AA01-04/05/11-8-003110-1

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

003110

NNNN*NNNY*NNNN*NNNN
265010950031100001

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 05/01/11 |
| Principal | | $718.75 |
| Interest | | $706.75 |
| Escrow | | $643.58 |
| **Total Amount** | | **$2,069.08** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Visit us at www.citimortgage.com!

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

CMI-SSBK-0411

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

**Account Number: 0647001116-1**

**GEORGE D WIGINGTON**

**Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.**

☐ **Please check box to indicate mailing address/phone number changes and enter on reverse side.**
**Include account number on check and make payable to:**

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| See detail below: | Due Date: | Total Amount Due: |
|---|---|---|
| | 05/01/11 | $2,069.08 |
| Additional Principal: | $ | . |
| Additional Escrow: | $ | . |
| | $ | . |
| **Additional Monthly Payment:** | $ | . |
| Total Amount Enclosed | $ | . |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

006470011161 0000206908 0000206908 0000206908

## E-Z Pay Authorization Agreement

Login to citimortgage.com and register for E-Z Pay today or complete the form below.

1 **Check One:** ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: ______________________

2 ______________________
Financial Institution
______________________
Financial Institution Address
______________________
Signature of Financial Institution Account Holder
______________________
Date

3 Mortgage Account # ______________________

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee: (Circle) 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ ______________

Additional Escrow Per Month (Optional) $ ______________

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

PLEASE DO NOT RETURN WITH YOUR MONTHLY STATEMENT.

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
**1-800-283-7918***
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
**1-800-723-7906***
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855

**Credit Bureau Disputes/ Account Inquiries**
CitiMortgage, Inc.
PO Box 660065
Dallas, TX 75266-0065

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Customer Service

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.**

### Mortgage Options

1-800-MORTGAGE (667-8424)

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

EQUAL HOUSING LENDER

©2011 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

______________________
FIRST NAME
______________________
MI LAST NAME
______________________
NEW MAILING ADDRESS
______________________
CITY STATE ZIP
______________________
NEW HOME PHONE NEW WORK PHONE
______________________
ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY? ☐ YES ☐ NO

## Account Information

Statement Date: 05/17/11
Property Address: 2451 ELM GROVE RD
WYLIE TX 75098

Page 1 of 1

CitiMortgage

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

ACCOUNT NUMBER: 0647001116-1

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $169,619.18 |
| Interest Rate | 5.00000% |
| Interest Year to Date | $2,856.69 |

SIS0079D-265011372011AA03-05/17/11-8-010935-1

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

010935

NNNN*NNNY*NNNN*NNNN
265011370109350001

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 06/01/11 |
| Principal | | $721.75 |
| Interest | | $703.75 |
| Escrow | | $607.84 |
| **Total Amount** | | **$2,033.34** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Visit us at www.citimortgage.com!

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

Your monthly escrow payment has been adjusted to $607.84 effective 06/01/11.

CMI-SSBK-0411

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number: 0647001116-1

GEORGE D WIGINGTON

**Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.**

☐ **Please check box to indicate mailing address/phone number changes and enter on reverse side.**
**Include account number on check and make payable to:**

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount Due: |
|---|---|---|
| See detail below: | 06/01/11 | $2,033.34 |

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| | $ |
| **Additional Monthly Payment:** | $ |
| Total Amount Enclosed | $ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

006470011161 0000203334 0000203334 0000203334

## E-Z Pay Authorization Agreement

Login to citimortgage.com and register for E-Z Pay today or complete the form below

1 Check One: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: ____________

2 ____________
Financial Institution
____________
Financial Institution Address
____________
Signature of Financial Institution Account Holder
____________
Date

3 Mortgage Account # ____________

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee: (Circle) 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ ____________

Additional Escrow Per Month (Optional) $ ____________

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

PLEASE DO NOT RETURN WITH YOUR MONTHLY STATEMENT.

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
**1-800-283-7918***
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
**1-800-723-7906***
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855

**Credit Bureau Disputes/ Account Inquiries**
CitiMortgage, Inc.
PO Box 660065
Dallas, TX 75266-0065

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Customer Service

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.**

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

EQUAL HOUSING LENDER

©2011 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME

MI LAST NAME

NEW MAILING ADDRESS

CITY STATE ZIP

NEW HOME PHONE NEW WORK PHONE

ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY? ☐ YES ☐ NO

## Account Information

Statement Date: 06/20/11
Property Address: 2451 ELM GROVE RD
WYLIE TX 75098



CitiMortgage
citi®

Customer service 1-800-283-7918*
*Calls are randomly monitored and recorded to ensure quality service.

ACCOUNT NUMBER: 0647001116-1

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $168,900.43 |
| Interest Rate | 5.00000% |
| Interest Year to Date | $3,563.44 |

SIS0079D-265041712011AA03-06/20/11-8-013222-1

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

013222

NNNN*NNNY*NNNN*NNNN
265041710132220001

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 07/01/11 |
| Principal | | $724.76 |
| Interest | | $700.74 |
| Escrow | | $607.84 |
| **Total Amount** | | **$2,033.34** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Visit us at www.citimortgage.com!

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

CMI-SSBK-0611

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number: 0647001116-1

GEORGE D WIGINGTON
**Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.**

☐ **Please check box to indicate mailing address/phone number changes and enter on reverse side.**
**Include account number on check and make payable to:**

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

1107 110296

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 07/01/11 | $2,033.34 |

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| | $ |
| **Additional Monthly Payment:** | $ |
| Total Amount Enclosed | $ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

006470011161 0000203334 0000203334 0000203334

## E-Z Pay Authorization Agreement

Login to citimortgage.com and register for E-Z Pay today or complete the form below

1 **Check One:** ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: ______________________

2 ______________________
Financial Institution

______________________
Financial Institution Address

______________________
Signature of Financial Institution Account Holder

______________________
Date

3 Mortgage Account # ______________________

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee: (Circle) 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ ______________

Additional Escrow Per Month (Optional) $ ______________

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

PLEASE DO NOT RETURN WITH YOUR MONTHLY STATEMENT.

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
**1-800-283-7918***
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
**1-800-723-7906***
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855

**Credit Bureau Disputes/ Account Inquiries**
CitiMortgage, Inc.
PO Box 660065
Dallas, TX 75266-0065

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Customer Service

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.**

EQUAL HOUSING LENDER

©2011 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME

MI LAST NAME

NEW MAILING ADDRESS

CITY STATE ZIP

NEW HOME PHONE NEW WORK PHONE

ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY? ☐ YES ☐ NO

EXHIBIT
66

CitiMortgage

*Customer Service: 1-800-283-7918†*

Home
Contact Us
FAQs
Sign off your account
Glossary

Citi

View My Profile Your information is secure

Skip Navigation

Home My Mortgage Summary Buying a Home Refinancing a Home Homeowner Support

You are currently viewing: Elm Grove - XXXXXX1116

Link or Remove your Citi mortgage account or application

# Payment Information

**Mortgage History**<< Back to Home

A history of the most recent payments credited to your mortgage is shown below. To view specific mortgage activity, use the drop-down menus below to customize your history.

**View Options**

**Choose history view:** ○ PaymentsView your Payments history. ○ EscrowView your Escrow history. ◉ FeesView your Fees history.

**Servicing Fees Results**

| Date | Description | Amount | Total Transaction |
|---|---|---|---|
| No Servicing Fee history is available | | | |

**Delinquency Expenses Results**

| Date | Description | Amount | Total Transaction |
|---|---|---|---|
| 02/05/2014 | REINSTMNT TO EXPENSE | $240.90 | $240.90 |
| 02/05/2014 | BANKRUPTCY ATTY FEE | ($72.90) | $168.00 |
| 02/05/2014 | APPRAISAL/BPO | ($168.00) | $0.00 |
| 02/05/2014 | REINSTMNT TO EXPENSE | ($240.90) | ($240.90) |
| 01/08/2014 | REINSTMNT TO EXPENSE | $27.10 | ($213.80) |
| 01/08/2014 | BANKRUPTCY ATTY FEE | ($27.10) | ($240.90) |
| 01/08/2014 | REINSTMNT TO EXPENSE | ($27.10) | ($268.00) |
| 12/23/2013 | APPRAISAL/BPO | $11.84 | ($256.16) |
| 12/23/2013 | BIE-BATCH INSP EXP | ($13.50) | ($269.66) |
| 12/23/2013 | BANKRUPTCY ATTY FEE | ($150.00) | ($419.66) |
| 10/02/2012 | APPRAISAL/BPO | $84.00 | ($335.66) |
| 12/21/2011 | BANKRUPTCY ATTY FEE | $150.00 | ($185.66) |
| 12/02/2011 | BANKRUPTCY ATTY FEE | $100.00 | ($85.66) |
| 11/29/2011 | REINSTMNT TO EXPENSE | $11.84 | ($73.82) |
| 11/29/2011 | APPRAISAL/BPO | ($11.84) | ($85.66) |
| 11/29/2011 | REINSTMNT TO EXPENSE | ($11.84) | ($97.50) |
| 11/21/2011 | BIE-BATCH INSP EXP | $13.50 | ($84.00) |
| 08/18/2011 | APPRAISAL/BPO | $84.00 | ($0.00) |
| **Total Fees** | | | **($0.00)** |

<< Back to Home Print This Page

† Calls are randomly monitored and recorded to ensure quality service
TTY Services available: Dial 711 from the United States; Dial 1-866-280-2050 from Puerto Rico

First mortgage loans are originated by Citibank N.A. NMLS ID 412915
First mortgage loans are serviced by CitiMortgage Inc. NMLS ID 413108

• Contact Us

citigroup.com

Privacy
• Terms & Conditions
• Security

Copyright © 2014 Citigroup Inc

# Mortgage Account Information

citi

| | |
|---|---|
| Account Number: | 0647001116-1 |
| Payment Due Date: | 02/01/14 |
| **Amount Due:** | **$2,374.26** |

Statement Date: 01/07/14
How to reach us
www.citimortgage.com
Customer Service: 1-800-283-7918*
Please reference your account number 0647001116 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $824.46 |
| Interest | $601.04 |
| Escrow | $680.76 |
| **Regular Monthly Payment** | **$2,106.26** |
| Fees Charged | -$163.50 |
| Past Due Amount | $431.50 |
| **Total Amount Due** | **$2,374.26** |

## Account Information

GEORGE D WIGINGTON
TERESA L WIGINGTON
Property Address: 2451 ELM GROVE RD
WYLIE, TX 75098

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Outstanding Principal Balance | $144,248.79 |
| Interest Rate | 5.00000% |
| Escrow Balance | $1,557.82 |
| Taxes Paid Year to Date | $0.00 |

## Past Payments Breakdown

111601

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $1,638.68 | $821.04 |
| Interest | $1,212.32 | $604.46 |
| Escrow | $1,334.42 | $680.76 |
| Fees | -$11.84 | $0.00 |
| Partial Payment (Unapplied)** | -$2,067.32 | $0.00 |
| **Total** | **$2,106.26** | **$2,106.26** |

## Transaction Activity (12/18/13 to 01/07/14)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/23/13 | Miscellaneous Fee | -$150.00 | |
| 12/23/13 | Inspection Fee | -$13.50 | |

Important messages continued on the next page

To ensure timely processing, please enclose your check and the coupon below in the envelope provided.

citi®
P.O. Box 6243
Sioux Falls, SD 57117-6243

**Mortgage Statement Enclosed**

Account Number: 0647001116-1

**Total Amount Due by 02/01/14: $2,374.26**

Please designate how you want us to apply any additional funds. Undesignated additional funds are applied in the following order: 1) late charges and/or fees, 2) principal. Once paid, additional funds cannot be returned.
Do not include cash or account inquiries with your payment.
Please see reverse side for mailing address and phone number changes.

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| Additional Late Charges: | $ |
| Additional Monthly Payment: | $ |
| Total Amount Enclosed | $ |

**Include account number on check. Make payable to CitiMortgage, Inc.**

00067621 1 J1004139 DTF 00007621

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

17500 0210626 0237426 0237426 00000006470011161 0001

## E-Z Pay Authorization Agreemen[t]

...ogin to www.citimortgage... register for E-Z Pay today or complete the form below.

1 Circle one: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: ____________________

2 ____________________
Financial Institution

____________________
Financial Institution Address

____________________
Signature of Financial Institution Account Holder

____________________
Date

3 Mortgage Account # ____________________

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

__No Fee:__ (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day

**__$10.00 Monthly Fee:__** (Circle) 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ ____________________

Additional Escrow Per Month (Optional) $ ____________________

5 Email ____________________

**Please complete, sign and return this form along with a voided check or deposit slip to:**

**CitiMortgage, Inc.**
**PO Box 6279**
**Sioux Falls, SD 57117-6279**

**PLEASE DO NOT RETURN WITH YOUR MONTHLY PAYMENT.**

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel the Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

1019111

Please be sure to write your **Mortgage Account Number** on your correspondence.

**Customer Service**
**1-800-283-7918***
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-8:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

**Collections**
**1-800-723-7906***
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

**TTY Services:**
Dial 711 from the U.S.;
Dial 1-866-280-2050
from Puerto Rico

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855
1-866-844-2198*

**Credit Bureau Disputes/ Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774*

**Automated Service: You may access account information** by calling 1-800-283-7918*. This automated system is available 24 hours a day, offering convenience outside normal business hours to request documents, initiate transactions, or request a **payoff statement** showing the total amount outstanding.

In accordance with federal law, CitiMortgage has designated the following address where you can send a written **request for information**, a written **notice of error**, or a **qualified written request**:

CitiMortgage, Inc.
Attn: Customer Research Team
PO Box 10002
Hagerstown, MD 21747-0002
Please visit www.citimortgage.com for details.

**Mortgage Options:** Call 1-800-MORTGAGE* (667-8424) or visit www.citimortgage.com for all of your refinancing or new home loan needs and to learn more about Citibank mortgage products. We're here to help you find the best mortgage solution.

**If You Are Experiencing Financial Difficulty:** HUD-approved housing counseling agencies are available to provide you with the information about mortgage and foreclosure counseling and assistance. Call **1-800-569-4287** to speak with an expert about your individual situation or visit HUD at **www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm**

EQUAL HOUSING LENDER

©2013 CitiMortgage, Inc. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. Citi, Citibank, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc. *Calls are randomly monitored and recorded to ensure quality service.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

007 009 8

**Changed your mailing address or email?**

Please provide your new information here. If you provide your email address, we may use it to contact you about your account or to send you information about products and services you might find useful.

____________________

____________________

____________________

**By providing your cell phone number,** you agree that we may contact you at this number. You also agree to receive calls and messages, such as pre-recorded messages, calls and messages from automated dialing systems, or text messages. Normal cell phone charges may apply.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Payment information to help you manage your mortgage:**

- **Online Payments:** Manage and pay your mortgage online or sign up for payment programs by visiting www.citimortgage.com
- **E-Z Pay:** Sign up to have your monthly mortgage payment automatically withdrawn from your bank account at www.citimortgage.com
- **Phone Payments:** Call 1-800-283-7918* to make an immediate payment using your checking account. For greater convenience, phone payments can be made through our automated system. A nominal fee may apply.

# Mortgage Account Information

citi

ACCOUNT NUMBER: 0647001116-1

## Transaction Activity (12/18/13 to 01/07/14)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/23/13 | Appraisal Fee | | -$11.84 |
| 12/23/13 | Partial Payment Received - Thank you | | $11.84 |
| 01/07/14 | Payment Amount Received - Thank you | | $2,106.26 |

## Important Messages

Delinquency expenses are third-party expenses such as property inspection fees, property preservation costs, appraisal costs, and attorney fees incurred by CMI as a result of default.

Due to year-end processing, payments received between 10 p.m. and Midnight ET on December 31, 2013, are posted in January 2014, but credited for December 31, 2013.

A tax and interest statement for 2013 income tax purposes is either enclosed with this monthly statement or will be mailed separately by January 31,2014. To protect your identity, your full social security number will not be printed on the document but will be used in IRS reporting.

CitiMortgage.com is your source for the latest interest rates and valuable tools for refinancing or purchasing a new home! Visit citimortgage.com today.

209111

# Mortgage Account Information

citi

| | |
|---|---|
| Account Number: | 0647001116-1 |
| Payment Due Date: | 03/01/14 |
| **Amount Due:** | **$2,106.26** |

Statement Date: 02/05/14
How to reach us
www.citimortgage.com
Customer Service: 1-800-283-7918*
Please reference your account number 0647001116 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $828.01 |
| Interest | $597.49 |
| Escrow | $680.76 |
| Total Amount Due | $2,106.26 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $851.56 | $1,672.60 |
| Interest | $601.04 | $1,205.50 |
| Escrow | $680.76 | $1,361.52 |
| Fees | $268.00 | $268.00 |
| **Total** | **$2,401.36** | **$4,507.62** |

## Account Information

GEORGE D WIGINGTON
TERESA L WIGINGTON
Property Address: 2451 ELM GROVE RD
WYLIE, TX 75098

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Outstanding Principal Balance | $143,397.23 |
| Interest Rate | 5.00000% |
| Escrow Balance | $2,238.58 |
| Taxes Paid Year to Date | $0.00 |

101611

## Transaction Activity (01/08/14 to 02/05/14)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 01/08/14 | Funds Received - Thank you | | $27.10 |
| 02/05/14 | Payment Amount Received - Thank you | | $2,106.26 |
| 02/05/14 | Funds Received - Thank you | | $27.10 |
| 02/05/14 | Reinstatement Expense Paid - Invoice Pending | | $240.90 |
| 02/05/14 | Bankruptcy Attorney Fee (Filing, Search, Etc.) | | $72.90 |

## Important Messages

Important messages continued on the next page

To ensure timely processing, please enclose your check and the coupon below in the envelope provided.

citi®
P.O. Box 6243
Sioux Falls, SD 57117-6243

**Mortgage Statement Enclosed**

Account Number: 0647001116-1

**Total Amount Due by 03/01/14:** $

Please designate how you want us to apply any additional funds. Undesignated additional funds are applied in the following order: 1) late charges and/or fees, 2) principal. Once paid, additional funds cannot be returned.
Do not include cash or account inquiries with your payment.
Please see reverse side for mailing address and phone number changes.

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| Additional Late Charges: | $ |
| Additional Monthly Payment: | $ |
| Total Amount Enclosed | $ |

**Include account number on check. Make payable to Cit**

PE00047978 1 AV 0.381 Q7026239 TMN 003069 0267

GEORGE D WIGINGTON
TERESA L WIGINGTON
2451 ELM GROVE RD
WYLIE TX 75098-6239

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

ur c
withdraw
your paym
financial ins

17500 0210626 0210626 0210626 00000006470011161

## E-Z Pay Authorization Agreement

Login to www.citimortgage... register for E-Z Pay today or complete the form below.

1 Circle one: ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: ______

2 ______
Financial Institution
______
Financial Institution Address
______
Signature of Financial Institution Account Holder
______
Date

3 Mortgage Account # ______

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

**No Fee:** (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day

**$10.00 Monthly Fee:** (Circle) 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ ______

Additional Escrow Per Month (Optional) $ ______

5 Email ______

**Please complete, sign and return this form along with a voided check or deposit slip to:**

**CitiMortgage, Inc.**
**PO Box 6279**
**Sioux Falls, SD 57117-6279**

**PLEASE DO NOT RETURN WITH YOUR MONTHLY PAYMENT.**

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel the Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

Please be sure to write your **Mortgage Account Number** on your correspondence.

**Customer Service**
**1-800-283-7918***
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-8:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

**Collections**
**1-800-723-7906***
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

**TTY Services:**
Dial 711 from the U.S.;
Dial 1-866-280-2050
from Puerto Rico

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855
1-866-844-2198*

**Credit Bureau Disputes/ Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774*

**Automated Service: You may access account information** by calling 1-800-283-7918*. This automated system is available 24 hours a day, offering convenience outside normal business hours to request documents, initiate transactions, or request a **payoff statement** showing the total amount outstanding.

In accordance with federal law, CitiMortgage has designated the following address where you can send a written **request for information**, a written **notice of error**, or a **qualified written request**:

CitiMortgage, Inc.
Attn: Customer Research Team
PO Box 10002
Hagerstown, MD 21747-0002
Please visit www.citimortgage.com for details.

**Mortgage Options:** Call 1-800-MORTGAGE* (667-8424) or visit www.citimortgage.com for all of your refinancing or new home loan needs and to learn more about Citibank mortgage products. We're here to help you find the best mortgage solution.

**If You Are Experiencing Financial Difficulty:** HUD-approved housing counseling agencies are available to provide you with the information about mortgage and foreclosure counseling and assistance. Call **1-800-569-4287** to speak with an expert about your individual situation or visit HUD at **www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm**

©2013 CitiMortgage, Inc. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. Citi, Citibank, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc. *Calls are randomly monitored and recorded to ensure quality service.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Changed your mailing address or email?**

Please provide your new information here. If you provide your email address, we may use it to contact you about your account or to send you information about products and services you might find useful.

______
______
______

**By providing your cell phone number,** you agree that we may contact you at this number. You also agree to receive calls and messages, such as pre-recorded messages, calls and messages from automated dialing systems, or text messages. Normal cell phone charges may apply.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Payment information to help you manage your mortgage:**

- **Online Payments:** Manage and pay your mortgage online or sign up for payment programs by visiting www.citimortgage.com
- **E-Z Pay:** Sign up to have your monthly mortgage payment automatically withdrawn from your bank account at www.citimortgage.com
- **Phone Payments:** Call 1-800-283-7918* to make an immediate payment using your checking account. For greater convenience, phone payments can be made through our automated system. A nominal fee may apply.

Case 19-04074 Doc 21-8 Filed 01/06/20 Entered 01/06/20 14:49:56 Desc Exhibit
Exhibits 60 - 69 Page 108 of 114

# Mortgage Account Information

citi

ACCOUNT NUMBER: 0647001116-1

## Transaction Activity (01/08/14 to 02/05/14)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 02/05/14 | Appraisal Fee | | $168.00 |
| 02/05/14 | Reinstatement Expense Paid - Invoice Pending | | -$240.90 |

Net mortgage interest paid in 2013: $7,515.22.

Real estate taxes paid in 2013: $3,803.62.

CitiMortgage.com is your source for the latest interest rates and valuable tools for refinancing or purchasing a new home! Visit citimortgage.com today.

111602

10

**EXHIBIT 67**



You are currently viewing: Elm Grove - XXXXXX1116

Link or Remove your Citi mortgage account or application

# Payment Information

**Mortgage History** << Back to Home

A history of the most recent payments credited to your mortgage is shown below. To view specific mortgage activity, use the drop-down menus below to customize your history.

**View Options**

**Choose history view:** ○ **Payments**View your Payments history. ◉ **Escrow**View your Escrow history. ○ **Fees**View your Fees history.

**Escrow History Results**

Print This Page

| Date | Description | Payee | Transaction Amount | Escrow Balance |
|---|---|---|---|---|
| 02/05/2014 | Payment | | $680.76 | $2,238.58 |
| 01/07/2014 | Payment | | $680.76 | $1,557.82 |
| 12/23/2013 | Payment | | $653.66 | $877.06 |
| 12/03/2013 | School Tax | GARLAND IS | ($3,106.30) | ($457.36) |
| 12/03/2013 | County Tax | DALLAS COU | ($1,453.17) | $2,648.94 |
| 12/03/2013 | Insurance | STATE FARM | ($3,665.00) | $4,102.11 |
| 05/13/2013 | School Tax Refund | | $136.39 | $2,924.21 |
| 04/29/2013 | School Tax Refund | | $188.00 | $1,759.36 |
| 04/29/2013 | School Tax Refund | | $431.46 | $1,571.36 |
| 12/04/2012 | Insurance | STATE FARM | ($3,423.00) | ($2,305.92) |
| 12/02/2012 | School Tax | GARLAND IS | ($3,909.67) | $1,117.08 |
| 12/02/2012 | County Tax | DALLAS COU | ($2,007.12) | $5,026.75 |
| 12/12/2011 | County Tax | DALLAS COU | ($1,437.59) | $1,042.99 |
| 12/02/2011 | Insurance | STATE FARM | ($2,807.00) | $2,480.58 |
| 12/01/2011 | School Tax | GARLAND IS | ($2,888.48) | $4,679.74 |
| 11/29/2011 | Payment | | $607.84 | $7,568.22 |
| 04/05/2011 | Payment | | $631.63 | $3,277.60 |
| 03/08/2011 | Payment | | $643.58 | $2,645.97 |

<< Back to Home Print This Page

† Calls are randomly monitored and recorded to ensure quality service.
TTY Services available. Dial 711 from the United States. Dial 1-866-280-2050 from Puerto Rico.

First mortgage loans are originated by Citibank N.A. NMLS ID 412915
First mortgage loans are serviced by CitiMortgage, Inc. NMLS ID 413108



Copyright © 2014 Citigroup Inc.

Case 15-04015 Doc 21 Filed 12/02/15 Entered 12/02/15 20:36:18 Desc Main Document Page 1 of 2

**EXHIBIT 68**

Gregory W. Mitchell
The Mitchell Law Firm, L.P.
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID: 00791285

ATTORNEY FOR DEBTOR MONICA WILLIAMSON

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MONICA WILLIAMSON** | § | **CASE NO. 15-40102-7** |
| | § | |
| ***Debtor.*** | § | **Chapter 7** |
| | § | |
| | § | |
| **MONICA WILLIAMSON** | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **Adv. No. 15-04015** |
| | § | |
| **VIEWPOINT BANK and** | § | |
| **TRS RECOVERY SERVICES, INC.** | § | |
| ***Defendants.*** | § | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**
**OF DEFENDANT TRS RECOVERY SERVICES, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), applicable to bankruptcy proceedings pursuant to Federal Rule of Bankruptcy Procedure 7041, Plaintiff Monica Williamson ("**Plaintiff**"), and defendant Viewpoint Bank ("**Viewpoint**") (Plaintiff and Viewpoint, collectively, the "**Parties**"), hereby file their Agreed Stipulation of Dismissal With Prejudice and respectfully show the Court as follows:

Case 15-04015 Doc 21 Filed 12/02/15 Entered 12/02/15 20:36:18 Desc Main Document Page 2 of 2

The Parties have reached a settlement, and Plaintiff no longer wishes to pursue her claims against Viewpoint. Accordingly, the Parties hereby stipulate to the dismissal of Plaintiff's claims against Viewpoint with prejudice. This dismissal resolves all disputes of all parties

Respectfully submitted,

**/s/ Gregory W. Mitchell**
**Gregory W. Mitchell**
State Bar No. 00791285
**THE MITCHELL LAW FIRM, L.P.**
12720 Hillcrest Road, Suite 625
Dallas, Texas 75231
972-463-8417 – Telephone
972-432-7540 – Facsimile

**COUNSEL FOR PLAINTIFF**

**/s/ Scott H. Crist**
**Scott H. Crist**
Taherzadeh, PLLC
5001 Spring Valley Road, Suite 1020W
Dallas, TX 75244
(469)729-6800 – Telephone
(469)828-2772 – Facsimile

**COUNSEL FOR DEFENDANT LEGACY TEXAS F/K/A VIEWPOINT BANK**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the following ***via certified mail, return receipt requested and/or ECF*** on this 2nd day of December, 2015:

Legacy Texas f/k/a Viewpoint Bank
c/o Mr. Scott H. Crist
Taherzadeh, PLLC
5001 Spring Valley Road, Suite 1020W
Dallas, TX 75244

**/s/ Gregory W. Mitchell**
Gregory W. Mitchell

Case 16-40339 Doc 6 Filed 03/20/16 Entered 03/20/16 14:10:34 Desc Main Document Page 1 of 2

Gregory W. Mitchell
THE MITCHELL LAW FIRM, L.P.
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID: 00791285

ATTORNEYS FOR THE LAKESIDE ESTATES HOA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Lindsay L. Davis** | § | **Case No. 16-40339-13** |
| | § | |
| ***Debtor*** | § | |

**REQUEST FOR SERVICE OF NOTICE PURSUANT TO FED. R. BANKR. P. 2002(g) OF THE LAKESIDE ESTATES HOMEOWNERS ASSOCIATION**

PLEASE TAKE NOTICE that The Lakeside Estates Homeowners Association, a creditor in the above-captioned Chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342, and 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

The Mitchell Law Firm, L.P.
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
ATTN: Gregory W. Mitchell
Telephone: (972)463-8417
Facsimile: (972)432-7540
E-mail: greg.mitchell@mitchellps.com

**DATED this 20th day of March, 2016.**

Case 16-40339 Doc 6 Filed 03/20/16 Entered 03/20/16 14:10:34 Desc Main Document Page 2 of 2

Respectfully submitted,

**THE MITCHELL LAW FIRM, L.P.**

/s/ **Gregory W. Mitchell**
Gregory W. Mitchell
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID: 00791285
Attorney for The Lakeside Estates HOA, Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 20th day of March, 2016, to the parties listed below either electronically via ECF or by U.S. mail:

Attorney for Debtors
Mr. Christopher Migliaccio
Warren & Migliaccio, LLP
3600 Shire Blvd., Suite 205
Richardson, TX 75082

U.S. Trustee (Tyler)
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

/s/ **Gregory W. Mitchell**
Gregory W. Mitchell
Attorney for The Lakeside Estates HOA, Creditor

EXHIBIT
69

WELLS FARGO

Wells Fargo Online®



< Back to Previous Page

Help

# Payment History

**CITIMORTGAGE** (Account Number: xxxxxxx1161)

Create Report

**View:** Last 16 Months ▼ Go

Click on link column headers to sort

| Payment Sent | Amount | Memo/Invoice # | Reference # | Payment Account | Status | Action |
|---|---|---|---|---|---|---|
| 03/03/2017 | $4,462.88 | Feb & March mortgage pmts | X9F3R3SY | XXXXXX6480 JOINT CHECKING | Paid | View/Inquire |
| 12/30/2016 | $2,231.44 | Elm Grove Rd | F9M31R1W | XXXXXX6480 JOINT CHECKING | Paid | View/Inquire |
| 12/05/2016 | $2,231.44 | n/a | M9P371GY | XXXXXX6480 JOINT CHECKING | Paid | View/Inquire |
| 10/24/2016 † | $2,231.44 | Elm Grove Rd | H9KDRB3N | XXXXXX6480 JOINT CHECKING | Paid | View/Inquire |
| 09/28/2016 | $2,231.44 | Elm Grove Rd | DBN9RP2U | XXXXXX6480 JOINT CHECKING | Paid | View/Inquire |
| 08/26/2016 | $2,231.44 | Elm Grove Rd | TBZ9APE3 | XXXXXX6480 JOINT CHECKING | Paid | View/Inquire |
| 08/01/2016 † | $2,231.44 | Elm Grove Rd | 6B59LUAX | XXXXXX6480 JOINT CHECKING | Paid | View/Inquire |
| 07/05/2016 | $2,231.44 | n/a | DBW9WU62 | XXXXXX6480 JOINT CHECKING | Paid | View/Inquire |
| **Total Paid** | **$20,082.96** | | | | | |

Note: Payments can be scheduled for Monday - Friday, excluding holidays. To make or change payments scheduled for today, you must submit your request before 7:00 p.m. Pacific Time.

† The date for this payment has been adjusted because the date you scheduled was either past today's cutoff time, a weekend, or a holiday.

**Payments Help**

This screen shows up to one year of payments made to this payee and pending payments for this payee. If you have questions about one of your processed payments, click the View/Inquire link in the action column.

Learn more about:
Reports (Create a Report)
NSF
Stop/Return
View/Inquire



Equal Housing Lender
© 2001-2017 Wells Fargo. All rights reserved.