

EOD
03/19/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE:<br>GEORGE DALE WIGINGTON<br>dba WYLIE INDUSTRIES<br>dba WYLIE INVESTMENT GROUP,<br>*Debtor* | §<br>§<br>§<br>§<br>§ | CASE NUMBER: 18-42230<br><br>CHAPTER 13 |
| GEORGE DALE WIGINGTON,<br> *Plaintiff*<br>v.<br>NATIONSTAR MORTGAGE LLC D/B/A<br>MR. COOPER, SELECT PORTFOLIO<br>SERVICING, INC.,<br> *Defendants* | §<br>§<br>§<br>§<br>§<br>§ | ADVERSARY NO. 19-04074 |

## ORDER EXTENDING MR. COOPER'S TIME TO FILE RULE 12(b)(6) MOTION AND EXTENDING SPS' TIME TO RESPOND TO AMENDED COMPLAINT

On consideration of the "Expedited Joint Motion to Extend Mr. Cooper's Time to File Rule 12(b)(6) Motion and Extend SPS' Time to Respond to Amended Complaint" filed by Nationstar Mortgage LLC dba Mr. Cooper ("Mr. Cooper") and Select Portfolio Servicing, Inc. ("SPS"), it is

**ORDERED** that the time for Mr. Cooper to file a separate Rule 12(b)(6) motion to Plaintiff's Amended Complaint is extended to March 30, 2020.

**FURTHER ORDERED** that the time for SPS to file a responsive pleading to Plaintiff's Amended Complaint is extended to March 30, 2020.

**FURTHER ORDERED** that the telephonic scheduling conference set for May 14, 2020, at 9:30 am remains unchanged on the docket.

Signed on 3/19/2020

SR
_____
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE