IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE:<br>GEORGE DALE WIGINGTON<br>dba WYLIE INDUSTRIES<br>dba WYLIE INVESTMENT GROUP,<br>*Debtor* | §<br>§<br>§<br>§<br>§ | CASE NUMBER: 18-42230<br><br>CHAPTER 13 |
| GEORGE DALE WIGINGTON,<br> *Plaintiff*<br>v.<br>NATIONSTAR MORTGAGE LLC D/B/A<br>MR. COOPER, SELECT PORTFOLIO<br>SERVICING, INC.,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§ | ADVERSARY NO. 19-04074 |

### ORDER EXTENDING MR. COOPER'S TIME TO FILE RULE 12(b)(6) MOTION

On consideration of the "Unopposed Motion to Extend Mr. Cooper's Time to File Rule 12(b)(6) Motion" filed on March 26, 2020 by Nationstar Mortgage LLC dba Mr. Cooper ("Mr. Cooper"), it is

**ORDERED** that the time for Mr. Cooper to file a separate Rule 12(b)(6) motion to Plaintiff's Amended Complaint is extended to April 9, 2020.

**FURTHER ORDERED** that the telephonic scheduling conference set for May 14, 2020, at 9:30 am remains unchanged on the docket.

Signed on 3/30/2020

*Brenda T. Rhoades* MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE