Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 19–04074
Chapter: 0
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
George Dale Wigington
2451 Elm Grove Road
Wylie, TX 75098

Social Security / Individual Taxpayer ID No.:
xxx–xx–4787

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074

on 6/16/20 at 01:30 PM

to consider and act upon the following:

Hearing Set (RE: related document(s)49 Mr. Cooper's Rule 12(b)(6)Motion to Dismiss Each Cause of Action Filed by H. Gray Burks IV on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER (lc) filed by Defendant NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER).. Hearing scheduled for 6/16/2020 at 01:30 PM at Plano Bankruptcy Courtroom. (sr)

Dated: 4/30/20

Jason K. McDonald
Clerk, U.S. Bankruptcy Court