IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 18-42230 |
| GEORGE DALE WIGINGTON | § | |
| dba WYLIE INDUSTRIES | § | |
| dba WYLIE INVESTMENT GROUP, | | |
| *Debtor* | | CHAPTER 13 |

| | | |
|---|---|---|
| GEORGE DALE WIGINGTON, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | ADVERSARY NO. 19-04074 |
| | § | |
| NATIONSTAR MORTGAGE LLC D/B/A | § | |
| MR. COOPER and SELECT PORTFOLIO | | |
| SERVICING, INC., | § | |
| *Defendants* | § | |

**NOTICE OF HEARING ON MR. COOPER'S RULE 12(b)(6) MOTION TO DISMISS EACH CAUSE OF ACTION (Docket No. 49)**

Please take notice that a hearing will be held to consider "Mr. Cooper's Rule 12(b)(6) Motion to Dismiss Each Cause of Action" (Docket No. 49) at:

**Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074 on June 16, 2020 at 1:30 PM.**

Respectfully submitted,

BY:  */s/ H. Gray Burks, IV*
H. Gray Burks, IV
State Bar No. 03418320
SHAPIROSCHWARTZ, LLP
13105 Northwest Freeway, Suite 1200
Houston, Texas 77040
Telephone: (713) 462-2565
Facsimile: (847) 879-4854
Email:  gburks@logs.com

*Attorney for Nationstar Mortgage, LLC d/b/a Mr. Cooper*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2020 a true and correct copy of the foregoing Notice was sent as follows to:

George Dale Wigington
2451 Elm Grove Rd.
Wylie, TX 75098
*By email:* dalewig10@verizon.net
*& ECF/CM Delivery*
***Pro Se Plaintiff***

Yoshie Valadez
McCarthy & Holthus, LLP
1255 W. 15th St., Suite 1060
Plano, TX 75075
*By email:* yvaladez@McCarthyHolthus.com
*& ECF/CM Delivery*
***Attorney for Select Portfolio Servicing, Inc.***

                                            */s/ H. Gray Burks, IV*
                                            H. Gray Burks, IV