

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 18-42230 |
| GEORGE DALE WIGINGTON | § | |
| dba WYLIE INDUSTRIES | § | |
| dba WYLIE INVESTMENT GROUP, | | |
| *Debtor* | | CHAPTER 13 |

| | | |
|---|---|---|
| GEORGE DALE WIGINGTON, | | |
| *Plaintiff* | § | |
| v. | § | ADVERSARY NO. 19-04074 |
| NATIONSTAR MORTGAGE LLC D/B/A | § | |
| MR. COOPER, and SELECT PORTFOLIO | § | |
| SERVICING, INC., | § | |
| *Defendants* | | |

### ORDER EXTENDING MR. COOPER'S TIME TO FILE RULE 12(b)(6) MOTION TO APRIL 29, 2020

On consideration of the "Unopposed Motion to Extend Time Mr. Cooper's Time To File Rule 12(b)(6) Motion to April 28, 2020" (Docket No. 47) as amended (Docket No. 48) by Nationstar Mortgage LLC dba Mr. Cooper ("Mr. Cooper"), it is

**ORDERED** that the time for Mr. Cooper to file a separate Rule 12(b)(6) motion to Plaintiff's Amended Complaint is extended to April 29, 2020.

**FURTHER ORDERED** that the telephonic management conference set for May 28, 2020, at 9:30 am remains unchanged on the docket. The hearing on the Rule 12(b)(6) Motion to Dismiss and in the Alternative Motion for More Definite Statement (Docket No. 34) set for June 16, 2020 at 1:30 pm remains unchanged on the docket.

Signed on 4/30/2020

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                             Eastern District of Texas

Wigington,
          Plaintiff                                           Adv. Proc. No. 19-04074-btr

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,
          Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0540-4           User: admin               Page 1 of 1              Date Rcvd: Apr 30, 2020
                               Form ID: pdf400           Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
```
db             +George Dale Wigington,    2451 Elm Grove Road,     Wylie, TX 75098-6239
ust            +Cheryl Wilcoxson,    Office of the United States Trustee,     1100 Commerce St. Room 976,
                 Dallas, TX 75242-0996
ust            +Christi Flanagan,    Office of the United States Trustee,     1100 Commerce St. Room 976,
                 Dallas, TX 75242-0996
pla            +George Dale Wigington,    2451 Elm Grove Road,     Wylie, TX 75098,    UNITED STATES 75098-6239
dft             NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    c/o Coporation Service Company,
                 211 E. 7th Street, Suite 620,    Austin, TX 78701-3218
dft             Select Portfolio Servicing, Inc.,    c/o Coporation Service Company,     211 E. 7th Street,
                 Suite 620,    Austin, TX 78701-3218
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov May 01 2020 03:08:33       US Trustee,
                 Office of the US Trustee,    515 Rusk Ave,    Ste 3516,    Houston, TX 77002-2604
ust            +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov May 01 2020 03:08:33       US Trustee,
                 Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
ust            +E-mail/Text: ustpregion06.da.ecf@usdoj.gov May 01 2020 03:08:33       United States Trustee,
                 1100 Commerce Street,    Room 976,    Dallas, TX 75242-0996
                                                                                               TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*           +United States Trustee,    1100 Commerce Street,    Room 976,    Dallas, TX 75242-0996
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
```
              George Dale Wigington     on behalf of Debtor George Dale Wigington dalewig10@verizon.net
              George Dale Wigington     on behalf of Plaintiff George Dale Wigington dalewig10@verizon.net
              H. Gray Burks, IV    on behalf of Defendant    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               gburks@logs.com, nibates@logs.com
              H. Gray Burks, IV    on behalf of Defendant    Select Portfolio Servicing, Inc. gburks@logs.com,
               nibates@logs.com
              Yoshie  Valadez    on behalf of Defendant    Select Portfolio Servicing, Inc.
               mhtbkanhsselffilings@mccarthyholthus.com, yvaladez@mccarthyholthus.com
                                                                                              TOTAL: 5
```