

EOD
05/21/2020

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-42230 |
| GEORGE DALE WIGINGTON | § | |
| dba WYLIE INDUSTRIES | § | CHAPTER 13 |
| dba WYLIE INVESTMENT GROUP, | § | |
| | § | JUDGE BRENDA T. RHOADES |
| Debtor. | § | |
| | | |
| GEORGE DALE WIGINGTON, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | ADVERSARY NO. 19-04074 |
| | § | |
| NATIONSTAR MORTGAGE LLC D/B/A | § | |
| MR. COOPER, | § | |
| Defendant | § | |

## ORDER EXTENDING PLAINTIFF'S TIME TO
## RESPOND TO NATIONSTAR'S RULE 12(b)(6) MOTION

On consideration of the "Unopposed Motion to Extend Plaintiff's Time to Respond to Nationstar's Motion" filed on May 20, 2020 by Plaintiff,3. it is

**ORDERED** that the time for Plaintiff to file a respo0nse to Nationstar's Rule 12(b)(6) motion is extended to May 28, 2020.

Signed on 5/21/2020

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE