Form ntchrgBKv2

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Bankruptcy Case No.: 19−04074
Chapter: 0
Judge: Brenda T. Rhoades

In Re:

Wigington et al v. NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER et al

### NOTICE OF COURT PROCEEDING BY TELEPHONIC HEARING

A telephonic hearing will be held on

*Tuesday, December 1, 2020*

at

*01:30 PM*

to consider and act upon document 79 − Motion to Dismiss Adversary Proceeding in Response to Amended Complaint and Amended Objection Filed by Yoshie Valadez on behalf of Select Portfolio Servicing, Inc. (Attachments: # 1 Proposed Order) (Valadez, Yoshie) 80 − Motion to Dismiss Adversary Proceeding Filed by H. Gray Burks IV on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Proposed Order) (Burks, H.) 81 − Motion for More Definite Statement Filed by H. Gray Burks IV on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER (Attachments: # 1 Proposed Order) (Burks, H.) filed as document number 80 .

Conference Telephone Number: 1−888−675−2535
Conference Access Code: 425607
Conference Security Code: 7459

Please review the instructions contained in the following link for all telephonic hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Courts webpage at www.txeb.uscourts.gov and choosing Judges Info, then choosing Judge Rhoades, and then choosing Telephonic Hearing tab.

Dated: Monday, October 19, 2020

Jason K. McDonald
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Eastern District of Texas

Wigington,
    Plaintiff

Adv. Proc. No. 19-04074-btr

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0540-4      User: admin      Page 1 of 2
Date Rcvd: Oct 19, 2020      Form ID: 100v2      Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George Dale Wigington, 2451 Elm Grove Road, Wylie, TX 75098-6239 |
| ust | + | Cheryl Wilcoxson, Office of the United States Trustee, 1100 Commerce St. Room 976, Dallas, TX 75242-0996 |
| ust | + | Christi Flanagan, Office of the United States Trustee, 1100 Commerce St. Room 976, Dallas, TX 75242-0996 |
| ust | + | Quinten Spaete, Bank of America, 16001 N Dallas Pkwy, Addison, TX 75001-3311 |
| pla | + | George Dale Wigington, 2451 Elm Grove Road, Wylie, TX 75098, UNITED STATES 75098-6239 |
| dft | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, c/o Coporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 |
| dft | | Select Portfolio Servicing, Inc., c/o Coporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Oct 20 2020 02:00:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Oct 20 2020 02:00:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 20 2020 02:00:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | *+ | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0540-4 | User: admin | Page 2 of 2
Date Rcvd: Oct 19, 2020 | Form ID: 100v2 | Total Noticed: 10

Date: Oct 21, 2020           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George Dale Wigington | on behalf of Debtor George Dale Wigington dalewig10@verizon.net |
| George Dale Wigington | on behalf of Plaintiff George Dale Wigington dalewig10@verizon.net |
| H. Gray Burks, IV | on behalf of Defendant NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER gburks@logs.com  nibates@logs.com |
| H. Gray Burks, IV | on behalf of Defendant Select Portfolio Servicing  Inc. gburks@logs.com, nibates@logs.com |
| Yoshie Valadez | on behalf of Defendant Select Portfolio Servicing  Inc. mhtbkanhsselffilings@mccarthyholthus.com, yvaladez@mccarthyholthus.com |

TOTAL: 5