# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-42230 |
| GEORGE DALE WIGINGTON | § | |
| 2451 ELM GROVE ROAD | § | CHAPTER 13 |
| WYLIE, TX 75098 | § | |
| SSN: XXX-XX-4787 | § | |
|    DEBTOR(S) | § | A.P. CASE NO. 19-04074 |
| | § | |
| GEORGE DALE WIGINGTON | § | |
|    PLAINTIFF | § | |
| | § | |
| VS. | § | |
| | § | |
| NATIONSTAR MORTGAGE LLC | § | |
| DBA MR. COOPER AND | § | |
| SELECT PORTFOLIO SERVICING, INC., | § | |
|    DEFENDANTS | § | |

## ORDER ON PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE AND DISPOSITIVE MOTION DEADLINE
## [DOCKET NO. 84]

On January 7, 2021, this Court heard Plaintiff's Motion to Extend Discovery Deadline and Dispositive Motion Deadline filed on November 30, 2020 (Docket No. 84) ("Motion to Extend") by debtor and plaintiff George Dale Wigington ("Plaintiff"). Upon consideration of the Motion to Extend, the objection filed by Defendant Select Portfolio Servicing, Inc. (referred to as "SPS") on December 21, 2020 (Docket No. 94), and the arguments of the parties to this adversary proceeding, the Court finds good cause for entry of the following order.

    IT IS HEREBY ORDERED that the Motion to Extend is granted in part and denied in part. Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and SPS shall produce to Plaintiff copies of the following documents within their possession by February 12, 2021:

1. Loan transaction history covering the period April 1, 2011 through January 1, 2017 ("Loan Transaction History").

2. Invoices for any charges listed on the Loan Transaction History.

3. Documents related to foreclosure notices which were sent and relate to any charges listed on the Loan Transaction History ("Foreclosure Notices").

4. Certifications of mailing from the U.S. Post Office which relate to the Foreclosure Notices to the extent they are available.

Signed:    Signed on 1/13/2021

_Brenda T. Rhoades_   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

McCarthy & Holthus, LLP

 /s/ Yoshie Valadez
Cole Patton SBN 24037247
Yoshie Valadez SBN 24091142
Robert Brandon Hakari SBN 24107552
MHTbankruptcy@mccarthyholthus.com
1255 West 15th Street Suite 1060
Plano, TX 75075
Phone: (214) 291-3800
Fax: (214) 291-3801
Atty File No.: TX-19-21541
ATTORNEYS FOR DEFENDANT SELECT
PORTFOLIO SERVICING, INC.

McGUIREWOODS LLP

 /s/ Matthew D. Durham with permission
Matthew D. Durham SBN 24040226
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Phone: (214) 932-6400
Fax: (214) 932-6499
ATTORNEY FOR DEFENDANT
NATIONSTAR MORTGAGE
LLC D/B/A MR. COOPER