IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NUMBER: 18-42230 |
| ) | (Chapter 13) |
| GEORGE DALE WIGINGTON ) | |
| d/b/a WYLIE INDUSTRIES ) | |
| d/b/a WYLIE INVESTMENT GROUP ) | |
| ) | |
| Debtor ) | |
| ) | |
| ) | |
| GEORGE DALE WIGINGTON, ) | |
| ) | ADVERSARY NO. 19-04074 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NATIONSTAR MORTGAGE LLC ) | |
| d/b/a MR. COOPER and SELECT ) | |
| PORTFOLIO SERVICING INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON PLAINTIFF'S MOTIONS TO COMPEL

On February 2, 2021, this Court heard (1) Plaintiff's Motion to Compel Defendant Nationstar Mortgage LLC to Provide Full and Complete Responses to Plaintiff's First Set of Interrogatories (Dkt. No. 108), and (2) Plaintiff's Motion to Compel Defendant Nationstar Mortgage LLC to Produce Documents Responsive to Plaintiff's First Request for Production (Dkt. No. 109), each motion filed by debtor and plaintiff George Dale Wigington (the "Plaintiff"). Upon consideration of each motion, the responses filed by Nationstar Mortgage LLC on January 29, 2021 (Dkt. Nos. 112-113), and the arguments of the parties to this adversary proceeding, the Court

finds good cause for entry of the following order:[1]

**IT IS HEREBY ORDERED** that Plaintiff's motions to compel filed at Dkt. Nos. 108 and 109 are **DENIED.**

Signed on 2/23/2021

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

---

[1] At the conclusion of the hearing, the Court asked the Defendant, as the prevailing party, to draft an order consistent with the Court's ruling and to circulate the order to the Plaintiff prior to submitting it to the Court. This practice is customary. A signature on a circulated order does not transform it into an "agreed order" but merely reflects an agreement among the parties that the order conforms with the Court's ruling.