# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
660 N. CENTRAL EXPWY
SUITE 300B
PLANO, TEXAS 75074

**JASON K. MCDONALD**
CLERK OF COURT
  903-590-3200 - Tyler
  972-509-1240 - Plano
  409-839-2617 - Beaumont

**DIVISIONAL OFFICES:**
PLAZA TOWER
110 N. COLLEGE AVENUE
TYLER, TEXAS 75702

300 WILLOW STREET, SUITE 100
BEAUMONT, TEXAS 77701

DATED: **September 7, 2021**

U.S. District Court Clerk
101 East Pecan St.
Room 216
Sherman, TX 75090

Clerk's Office:

We are transmitting to your office the PDF of the notice of appeal in our bankruptcy case 19-04074 along with PDFs of the docket and bankruptcy cover sheet. As other documents are filed that are associated with this appeal (e.g. statements, designations, transcripts), we will forward them to you via email under your assigned case number.

Please acknowledge, via return email, receipt of this transfer.

JASON K. MCDONALD
CLERK OF THE COURT


BY: Lori Carter
    Deputy Clerk