**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
660 N. CENTRAL EXPWY
SUITE 300B
PLANO, TEXAS 75074

| | |
|---|---|
| **JASON K. MCDONALD** | **DIVISIONAL OFFICES:** |
| CLERK OF COURT | PLAZA TOWER |
| 903-590-3200 - Tyler | 110 N. COLLEGE AVENUE |
| 972-509-1240 - Plano | TYLER, TEXAS 75702 |
| 409-839-2617 - Beaumont | |
| | 300 WILLOW STREET, SUITE 100 |
| | BEAUMONT, TEXAS 77701 |

DATED: **November 4, 2021**

U.S. District Court Clerk
101 East Pecan St.
Room 112
Sherman, TX 75090

RE:Civil Case Number: 4:21-cv-00699

Clerk's Office:

We are transmitting to your office the PDF of the record on appeal in our bankruptcy case 19-04074 which includes the docket sheet, index and designated items. As other documents are filed that are associated with this appeal (e.g. statements, exhibits, designations, transcripts), we will forward them to you via email under your assigned case number.

JASON K. MCDONALD
CLERK OF THE COURT


BY: Lori Carter
     Deputy Clerk