**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
660 N. CENTRAL EXPWY
SUITE 300B
PLANO, TEXAS 75074

| | |
|---|---|
| **JASON K. MCDONALD** | **DIVISIONAL OFFICES:** |
| CLERK OF COURT | PLAZA TOWER |
| 903-590-3200 - Tyler | 110 N. COLLEGE AVENUE |
| 972-509-1240 - Plano | TYLER, TEXAS 75702 |
| 409-839-2617 - Beaumont | |
| | 300 WILLOW STREET, SUITE 100 |
| | BEAUMONT, TEXAS 77701 |

DATED: **January 7, 2022**

U.S. District Court Clerk
101 East Pecan St.
Room 112
Sherman, TX 75090

RE:Civil Case Number: 4:21-cv-00699

Clerk's Office:

We are transmitting to your office the PDFs of the supplemental record on appeal in our bankruptcy case 19-04074 which includes the docket sheet, index and designated items.

JASON K. MCDONALD
CLERK OF THE COURT


BY: Lori Carter
    Deputy Clerk